**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**NEW ALBANY DIVISION**

_____
                                       )
TYLER TECHNOLOGIES, INC.,              )
                                       )
    Plaintiff,                         )
                                       )
v.                                     )   Civil Action No. **4:20-cv-173**
                                       )
LEXUR ENTERPRISES INC., ROBERT FRY,    )
JIMMY DAVIS, JOE THORNSBERRY,          )
AND JOHN DOES 1-100                    )
                                       )
    Defendants.                        )
_____)

## INDEX OF EXHIBITS TO COMPLAINT

| Exhibit | Description |
|---|---|
| A | Restrictive Covenant Agreement between Tyler Technologies, Inc. and Joe (Shane) Thornsberry, executed March 4, 2020 |
| B | June 2, 2020 Email from Jimmy (Jim) Davis to Joe (Shane) Thornsberry, attaching Calendar and Draft Termination Notice[1] |
| C | July 9, 2020 Email Exchange between Jimmy (Jim) Davis and Ripley County Assessor |
| D | Termination Notice from Jefferson County to Tyler Technologies, Inc. Purporting to Terminate Cyclical Reassessment Contract |
| E | Termination Notice from Ripley County to Tyler Technologies, Inc. Purporting to Terminate Cyclical Reassessment Contract |
| F | Termination Notice from Switzerland County to Tyler Technologies, Inc. Purporting to Terminate Cyclical Reassessment Contract |

---

[1] The terms "Calendar" and "Draft Termination Notice" are defined in the Complaint.