# Exhibit D

July 17, 2020

To: Mark Hawkins
President, Appraisal & Tax Division
Tyler Technologies, Inc.
5101 Tennyson Parkway
Plano, Texas, 75024

From Karen Mannix
Jefferson County Assessor
300 East Main Street, Room 102
Madison, Indiana 47250

Be advised, you are hereby notified that Jefferson County has, in accordance with provision 27 of the 2022 Jefferson County Reassessment Contract, has determined that it is in the county's best interest to terminate said contract in whole.

Termination is final and effective thirty (30) days after receipt of this notification.

All activities currently underway are to cease immediately.

Karen Mannix: _Karen Mannix_  Date: 7/9/2020
Jefferson County Assessor

Commissioners

_David Bramer_  Date: 9 Jul 20
David Bramer. President

_Robert Little_  Date: 7-9-20
Robert Little

_Ron Lee_  Date: 7-9-20
Ron Lee