# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# NEW ALBANY DIVISION

| | |
|---|---|
| TYLER TECHNOLOGIES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: |
| ) | 4:20-cv-00173-TWP-DML |
| LEXUR ENTERPRISES INC., ROBERT FRY, ) | |
| JIMMY DAVIS, JOE THORNSBERRY, ) | |
| AND JOHN DOES 1-100 ) | |
| ) | |
| Defendants. ) | |

## APPEARANCE OF ANN O'CONNOR McCREADY

Ann O'Connor McCready, of the law firm Taft Stettinius & Hollister LLP, is admitted or otherwise authorized to practice in this court, and hereby enters her appearance on behalf of Plaintiff Tyler Technologies, Inc. in this matter.

        Respectfully submitted,

        */s/ Ann O'Connor McCready*
        Ann O'Connor McCready, Atty. No. 32836-53
        TAFT STETTINIUS & HOLLISTER LLP
        One Indiana Square, Suite 3500
        Indianapolis, IN  46204
        P: (317) 713-3500
        F: (317) 713-3699
        E: amccready@taftlaw.com

        *Attorney for Plaintiff Tyler Technologies, Inc.*

Dated: August 10, 2020

## CERTIFICATE OF SERVICE

I certify that on August 10, 2020, I electronically filed the foregoing using the CM/ECF system.  Notice of this filing was sent registered mail via Federal Express to the following:

Lexur Enterprises Inc.
7755 Paragon Road, Suite 109
Dayton, OH  45459

Robert Fry
6608 Green Park Drive
Dayton, OH  45459

Jimmy Davis
736 S. Jackson Park Drive
Seymour, IN  47274

Joe Thornsberry
7833 E. Brushy Fork Road
Madison, IN  47250

                                                              */s/ Ann O'Connor McCready*