UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

|  |  |  |
|---|---|---|
| TYLER TECHNOLOGIES, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No.: |
|  | ) | 4:20-cv-00173-TWP-DML |
| LEXUR ENTERPRISES INC., ROBERT FRY, JIMMY DAVIS, JOE THORNSBERRY, AND JOHN DOES 1-100 | ) | |
| Defendants. | ) | |

**CORPORATE DISCLOSURE STATEMENT OF TYLER TECHNOLOGIES, INC.**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Tyler Technologies, Inc. ("Tyler") discloses that it does not have a parent corporation and no publicly held corporation owns 10% or more of Tyler's stock.

        Respectfully submitted,

        */s/ Ann O'Connor McCready*
        Ann O'Connor McCready (Ind. Atty. No. 32836-53)
        amccready@taftlaw.com
        Vivek R. Hadley (Ind. Atty. No. 32620-53)
        vhadley@taftlaw.com
        Taft Stettinius & Hollister LLP
        One Indiana Square, Suite 3500
        Indianapolis, Indiana 46204
        Telephone: (317) 713-3500
        Fax: (317) 713-3699

        Jennifer J. Nagle (Mass. Bar No. 669325)
        (*pro hac vice* to be filed*)*
        jennifer.nagle@klgates.com
        Michael R. Creta (Mass. Bar No. 693340)
        (*pro hac vice* to be filed*)*
        michael.creta@klgates.com
        K&L GATES LLP
        State Street Financial Center
        One Lincoln Street
        Boston, MA 02111
        Telephone: (617) 261-3100
        Fax: (617) 261-3175

        *Counsel for Tyler Technologies, Inc.*

Dated: August 10, 2020

## CERTIFICATE OF SERVICE

I certify that on August 10, 2020, I electronically filed the foregoing using the CM/ECF system.  Notice of this filing was sent registered mail via Federal Express to the following:

Lexur Enterprises Inc.
7755 Paragon Road, Suite 109
Dayton, OH  45459

Robert Fry
6608 Green Park Drive
Dayton, OH  45459

Jimmy Davis
736 S. Jackson Park Drive
Seymour, IN  47274

Joe Thornsberry
7833 E. Brushy Fork Road
Madison, IN  47250

                                                   */s/ Ann O'Connor McCready*