**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**NEW ALBANY DIVISION**

|  |  |
|---|---|
| TYLER TECHNOLOGIES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: |
| ) | 4:20-cv-00173-TWP-DML |
| LEXUR ENTERPRISES INC., ROBERT FRY, ) | |
| JIMMY DAVIS, JOE THORNSBERRY, ) | |
| AND JOHN DOES 1-100 ) | |
| ) | |
| Defendants. ) | |

## SUBMISSION OF PROOF OF SERVICE

Plaintiff, by counsel, gives notice to the Court that Defendants Robert Fry, Jimmy Davis, and Joe Thornsberry were served with Summons and Complaint on **August 12, 2020**, via Federal Express.  Defendant Lexur Enterprises Inc. was served with Summons and Complaint on **August 13, 2020**, via Federal Express.  Proofs of Service are attached as Exhibit A.

Respectfully submitted,

*/s/ Ann O'Connor McCready*
Ann O'Connor McCready (Ind. Atty. No. 32836-53)
amccready@taftlaw.com
Vivek R. Hadley (Ind. Atty. No. 32620-53)
vhadley@taftlaw.com
Taft Stettinius & Hollister LLP
One Indiana Square, Suite 3500
Indianapolis, Indiana 46204
Telephone: (317) 713-3500
Fax: (317) 713-3699

Jennifer J. Nagle (Mass. Bar No. 669325)
(*pro hac vice* to be filed*)*
jennifer.nagle@klgates.com
Michael R. Creta (Mass. Bar No. 693340)
(*pro hac vice* to be filed*)*

        michael.creta@klgates.com
        K&L GATES LLP
        State Street Financial Center
        One Lincoln Street
        Boston, MA 02111
        Telephone: (617) 261-3100
        Fax: (617) 261-3175

        *Counsel for Tyler Technologies, Inc.*

Dated: August 13, 2020

## CERTIFICATE OF SERVICE

I certify that on August 13, 2020, I electronically filed the foregoing using the CM/ECF system. Notice of this filing was sent via U.S. Mail, postage prepaid, to the following:

Lexur Enterprises Inc.
7755 Paragon Road, Suite 109
Dayton, OH  45459

Robert Fry
6608 Green Park Drive
Dayton, OH  45459

Jimmy Davis
736 S. Jackson Park Drive
Seymour, IN  47274

Joe Thornsberry
7833 E. Brushy Fork Road
Madison, IN  47250

        */s/ Ann O'Connor McCready*