# EXHIBIT A

**FedEx**

Dear Customer,

The following is the proof-of-delivery for tracking number: 771230214414

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Residence |
| Signed for by: | Signature not required | Delivery Location: | 6608 GREEN PARK DR |
| Service type: | FedEx Priority Overnight | | DAYTON, OH, 45459 |
| Special Handling: | Deliver Weekday; Residential Delivery | Delivery date: | Aug 12, 2020 09:50 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 771230214414 | Ship Date: | Aug 11, 2020 |
| | | Weight: | 0.5 LB/0.23 KG |

**Recipient:**
Robert Fry,
6608 Green Park Drive
DAYTON, OH, US, 45459

**Shipper:**
Ann McCready, Taft Stettinius & Hollister, LLP
One Indiana Square
Suite 3500
Indianapolis, IN, US, 46204

**Reference**           SER14-GN001

Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment

because a signature was not required.

Thank you for choosing FedEx

Dear Customer,

The following is the proof-of-delivery for tracking number: 771230108791

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Residence |
| Signed for by: | Signature not required | Delivery Location: | 736 S JACKSON PARK DR |
| Service type: | FedEx Priority Overnight | | SEYMOUR, IN, 47274 |
| Special Handling: | Deliver Weekday; Residential Delivery | Delivery date: | Aug 12, 2020 11:52 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 771230108791 | Ship Date: | Aug 11, 2020 |
| | | Weight: | 0.5 LB/0.23 KG |

**Recipient:**
Jimmy Davis,
736 S Jackson Park Drive
SEYMOUR, IN, US, 47274

**Shipper:**
Ann McCready, Taft Stettinius & Hollister, LLP
One Indiana Square
Suite 3500
Indianapolis, IN, US, 46204

**Reference**          SER14-GN001

Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment

because a signature was not required.

Thank you for choosing FedEx

**FedEx**

August 13, 2020

Dear Customer,

The following is the proof-of-delivery for tracking number: 771230153338

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Residence |
| **Signed for by:** | Signature not required | **Delivery Location:** | 7833 E BRUSHY FORK RD |
| **Service type:** | FedEx Priority Overnight | | MADISON, IN, 47250 |
| **Special Handling:** | Deliver Weekday; Residential Delivery | **Delivery date:** | Aug 12, 2020 13:17 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 771230153338 | **Ship Date:** | Aug 11, 2020 |
| | | **Weight:** | 0.5 LB/0.23 KG |

**Recipient:**
Joe Thornsberry,
7833 E Brushy Fork Road
MADISON, IN, US, 47250

**Shipper:**
Ann McCready, Taft Stettinius & Hollister, LLP
One Indiana Square
Suite 3500
Indianapolis, IN, US, 46204

**Reference**          SER14-GN001

Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment because a signature was not required.

Thank you for choosing FedEx

August 13, 2020

Dear Customer,

The following is the proof-of-delivery for tracking number: 771230186167

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Receptionist/Front Desk |
| Signed for by: | K.KNOP | Delivery Location: | 7755 PARAGON ROAD  SUITE 109 |
| Service type: | FedEx Priority Overnight | | Dayton, OH, 45459 |
| Special Handling: | Deliver Weekday | Delivery date: | Aug 13, 2020 09:42 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 771230186167 | Ship Date: | Aug 11, 2020 |
| | | Weight: | 0.5 LB/0.23 KG |

Recipient:
Lexur Enterprises, Inc., Lexur Enterprises, Inc.
7755 Paragon Road, Suite 109
Dayton, OH, US, 45459

Shipper:
Ann McCready, Taft Stettinius & Hollister, LLP
One Indiana Square
Suite 3500
Indianapolis, IN, US, 46204

Reference                    SER14-GN001



Thank you for choosing FedEx