## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## NEW ALBANY DIVISION

|  |  |  |
|---|---|---|
| TYLER TECHNOLOGIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: |
| | ) | 4:20-cv-00173-TWP-DML |
| LEXUR ENTERPRISES INC., ROBERT FRY, | ) | |
| JIMMY DAVIS, JOE THORNSBERRY, | ) | |
| AND JOHN DOES 1-100 | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION TO APPEAR *PRO HAC VICE*
## FILED ON BEHALF OF ATTORNEY JENNIFER J. NAGLE

Ann O'Connor McCready of the law firm Taft Stettinius & Hollister LLP, pursuant to S. D. Ind. Local Rule 83-6(a), hereby moves this court for an Order granting Jennifer J. Nagle of K&L GATES LLP, leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf Plaintiff Tyler Technologies, Inc., in the above-styled cause only.  In support of this motion, the undersigned states:

1.      The Certification of Jennifer J. Nagle, as required by S.D. Ind. Local Rule 83-6(b), is attached hereto as Exhibit A.

2.      Electronic payment in the amount of One Hundred Dollars ($100.00) has been submitted via pay.gov contemporaneously with the filing of this motion.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting Jennifer J. Nagle leave to appear *pro hac vice* for purposes of this cause only.

Respectfully submitted,

*/s/ Ann O'Connor McCready*
Ann O'Connor McCready, Atty. No. 32836-53
amccready@taftlaw.com
Taft Stettinius & Hollister LLP
One Indiana Square, Suite 3500
Indianapolis, IN 46204
Telephone: (317) 713-3500
Fax: (317) 713-3699

*Counsel for Tyler Technologies, Inc.*

Dated: August 14, 2020

## CERTIFICATE OF SERVICE

I certify that on August 14, 2020, I electronically filed the foregoing using the CM/ECF

system.  Notice of this filing was sent via U. S. Mail to the following:

Lexur Enterprises Inc.
7755 Paragon Road, Suite 109
Dayton, OH  45459

Robert Fry
6608 Green Park Drive
Dayton, OH  45459

Jimmy Davis
736 S. Jackson Park Drive
Seymour, IN  47274

Joe Thornsberry
7833 E. Brushy Fork Road
Madison, IN  47250

*/s/ Ann O'Connor McCready*