## Exhibit A

## Certification of Jennifer J. Nagle
## In Support of Motion to Appear Pro Hac Vice

In support of the Motion to Appear Pro Hac Vice filed on my behalf by Ann O'Connor McCready of the law firm Taft Stettinius & Hollister LLP, and pursuant to S. D. Ind. Local Rule 83-6(b), the undersigned states:

1. I am admitted to practice, in active status, and in good standing (*i.e.,* currently authorized to practice as an attorney) in the following United States court(s) and/or state's highest court(s): the Bar of the Commonwealth of Massachusetts (admitted November 29, 2007); the U.S. District Court for the District of Massachusetts (admitted February 19, 2008); the Bar of the State of New Jersey (admitted June 16, 2010); the U.S. District Court for the District of New Jersey (admitted December 30, 2010); the U.S. Court of Appeals for the First Circuit (admitted June 13, 2012); and the U.S. Court of Appeals for the Seventh Circuit (admitted March 13, 2015).

2. I have **never** been disbarred or suspended from practice before any court, department, bureau, or commission of any state or the United States. I have **never** received a reprimand or been subject to other disciplinary action from any such court, department, bureau, or commission pertaining to conduct or fitness as a member of the bar.

3. I have reviewed the *Seventh Circuit Standards of Professional Conduct* and the Local Rules of the court, including the Rules of Disciplinary Enforcement, and certify that I will abide by these rules and standards.

I certify that the above information is true and correct.

Dated:  August 14, 2020.

                                Respectfully submitted,

                                Jennifer J. Nagle (Mass. Bar No. 669325)
                                jennifer.nagle@klgates.com
                                K&L GATES LLP
                                State Street Financial Center
                                One Lincoln Street
                                Boston, MA 02111
                                Telephone: (617) 261-3100
                                Fax: (617) 261-3175