# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# NEW ALBANY DIVISION

|  |  |
|---|---|
| TYLER TECHNOLOGIES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: |
| ) | 4:20-cv-00173-TWP-DML |
| LEXUR ENTERPRISES INC., ROBERT FRY, ) | |
| JIMMY DAVIS, JOE THORNSBERRY, ) | |
| AND JOHN DOES 1-100 ) | |
| ) | |
| Defendants. ) | |

## ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*

This cause has come before the Court upon the motion of Ann O'Connor McCready of the law firm Taft Stettinius & Hollister LLP, seeking an Order granting Jennifer J. Nagle of K&L GATES LLP leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of Plaintiff Tyler Technologies, Inc. in the above-styled cause only. Being fully advised, it is now ORDERED that the motion be, and hereby is, GRANTED.

Applicant's contact information should be entered as follows:

    Jennifer J. Nagle
    jennifer.nagle@klgates.com
    K&L GATES LLP
    State Street Financial Center
    One Lincoln Street
    Boston, MA 02111
    Telephone: (617) 261-3100
    Fax: (617) 261-3175

Dated: _____

                                                                    Judge, United States District Court
                                                                      Southern District of Indiana

Distribution list:  To all registered counsel by CM/ECF

Jimmy Davis
736 S. Jackson Park Drive
Seymour, IN  47274

Joe Thornsberry
7833 E. Brushy Fork Road
Madison, IN  47250

Robert Fry
6608 Green Park Drive
Dayton, OH  45459

Lexur Enterprises Inc.
7755 Paragon Road, Suite 109
Dayton, OH  45459

27703404.2