## Exhibit A

## Certification of Michael R. Creta
## In Support of Motion to Appear Pro Hac Vice

In support of the Motion to Appear Pro Hac Vice filed on my behalf by Ann O'Connor McCready of the law firm Taft Stettinius & Hollister LLP, and pursuant to S. D. Ind. Local Rule 83-6(b), the undersigned states:

1. I am admitted to practice, in active status, and in good standing (*i.e.,* currently authorized to practice as an attorney) in the following United States court(s) and/or state's highest court(s): the Bar of the Commonwealth of Massachusetts (admitted November 18, 2015); the Bar of the State of Rhode Island (admitted November 29, 2015); the U.S. District Court for the District of Massachusetts (admitted April 12, 2016); the U.S. District Court for the District of Rhode Island (admitted February 3, 2017); and the United States Court of Appeals for the First Circuit (admitted August 28, 2019).

2. I have **never** been disbarred or suspended from practice before any court, department, bureau, or commission of any state or the United States. I have **never** received a reprimand or been subject to other disciplinary action from any such court, department, bureau, or commission pertaining to conduct or fitness as a member of the bar.

3. I have reviewed the *Seventh Circuit Standards of Professional Conduct* and the Local Rules of the court, including the Rules of Disciplinary Enforcement, and certify that I will abide by these rules and standards.

I certify that the above information is true and correct.

Dated:  August 14, 2020.

                                          Respectfully submitted,

                                          */s/ Michael Creta*

Michael R. Creta (Mass. Bar No.693340)
michael.creta@klgates.com
K&L GATES LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111
Telephone: (617) 261-3100
Fax: (617) 261-3175