UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| TYLER TECHNOLOGIES, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LEXUR ENTERPRISES INC., ROBERT FRY, ) <br> JIMMY DAVIS, JOE THORNSBERRY, ) <br> AND JOHN DOES 1-100 ) <br> ) <br> Defendants. ) | Civil Action No.: <br> 4:20-cv-00173-TWP-DML |

## ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*

This cause has come before the Court upon the motion of Ann O'Connor McCready of the law firm Taft Stettinius & Hollister LLP, seeking an Order granting Michael R. Creta of K&L GATES LLP leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of Plaintiff Tyler Technologies, Inc. in the above-styled cause only. Being fully advised, it is now ORDERED that the motion be, and hereby is, GRANTED.

Applicant's contact information should be entered as follows:

> Michael R. Creta
> Michael.creta@klgates.com
> K&L GATES LLP
> State Street Financial Center
> One Lincoln Street
> Boston, MA 02111
> Telephone: (617) 261-3100
> Fax: (617) 261-3175

Dated: _____

_____
Judge, United States District Court
Southern District of Indiana

Distribution list:  To all registered counsel by CM/ECF

Jimmy Davis
736 S. Jackson Park Drive
Seymour, IN  47274

Joe Thornsberry
7833 E. Brushy Fork Road
Madison, IN  47250

Robert Fry
6608 Green Park Drive
Dayton, OH  45459

Lexur Enterprises Inc.
7755 Paragon Road, Suite 109
Dayton, OH  45459