UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| TYLER TECHNOLOGIES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO: 4:20-cv-00173-TWP-DML |
| | ) |
| LEXUR ENTERPRISES, INC., ROBERT FRY, | ) |
| JIMMY DAVIS, JOE THORNSBERRY, | ) |
| AND JOHN DOES 1-100, | ) |
| | ) |
| Defendants. | ) |

## **APPEARANCE**

Comes now Samuel M. Adams, of the law firm of John H. Haskin & Associates, and hereby enters this Appearance on behalf of the Defendant, Joe Thornsberry, in the above-captioned cause of action.

Samuel M. Adams (28437-49)
JOHN H. HASKIN & ASSOCIATES
255 North Alabama Street, 2nd Floor
Indianapolis, IN 46204
Tel:   317-955-9500
Fax:   317-955-2570
Email: sadams@jhaskinlaw.com
Attorney for Defendant Joe Thornsberry

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing document was electronically filed this 17th day of August, 2020. Parties may access this filing through the Court's electronic filing system. Notice of this filing will be sent to the following counsel of record by operation of the Court's system:

Ann O'Connor McCready - amccready@taftlaw.com
Vivek R. Handley - vhandley@taftlaw.com
Jennifer Nagle - jennifer.nagle@klgates.com
Michael Creta - michael.creta@klgates.com

Samuel M. Adams (28437-49)
JOHN H. HASKIN & ASSOCIATES
255 North Alabama Street, 2nd Floor
Indianapolis, IN 46204
Tel:   317-955-9500
Fax:   317-955-2570
Email: jhaskin@jhaskinlaw.com
Attorney for Defendant Joe Thornsberry