UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| TYLER TECHNOLOGIES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO: 4:20-cv-00173-TWP-DML |
| | ) |
| LEXUR ENTEPRISES INC., ROBERT FRY, JIMMY DAVIS, JOE THORNSBERRY, AND JOHN DOES 1-100 | ) ) ) ) |
| | ) |
| Defendants. | ) |

**NOTICE OF INITIAL EXTENSION OF TIME**

Defendant, Joe Thornsberry, by counsel and pursuant to Local Rule 6.1, notifies the Court of an agreed automatic initial 28-day extension of time to respond to Plaintiff's Complaint. Defendant's original deadline to respond is August 31, 2020, and the 28-day enlargement of time extends the deadline to respond to September 28, 2020. No case management plan has been established, and no hearings or other deadlines have been set. This extension will not interfere with any hearings or deadlines. Counsel for Defendant Thornsberry contacted counsel for Plaintiff on August 14, 2020, regarding this enlargement, and counsel for Plaintiff stated that Plaintiff has no objections.

WHEREFORE, Defendant, by counsel, respectfully submits her notice of her extension of her deadline to respond to Plaintiff's Complaint by 28 days, to and including September 28, 2020.

Respectfully submitted,

/s/ *Samuel M. Adams*
John H. Haskin, Attorney No. 7576-49
Samuel M. Adams, Attorney No. 28437-49

                                                Attorneys for Defendant Joe Thornsberry

JOHN H. HASKIN & ASSOCIATES
255 North Alabama Street, 2nd Floor
Indianapolis, Indiana   46204
Telephone:   (317)955-9500
Facsimile:   (317)955-2570
Email:       jhaskin@jhaskinlaw.com
             sadams@jhaskinlaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing document was electronically filed this 17th day of August, 2020.   Parties may access this filing through the Court's electronic filing system.   Notice of this filing will be sent to the following counsel of record by operation of the Court's system:

Ann O'Connor McCready – amccready@taftlaw.com

Vivek R. Handley – vhandley@taftlaw.com

Jennifer Nagle – jennifer.nagle@klgates.com

Michael Creta – michael.creta@klgates.com

                                                /s/ *Samuel M. Adams*