UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| TYLER TECHNOLOGIES, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | )   No. 4:20-cv-00173-TWP-DML ) |
| LEXUR ENTERPRISES INC., et al. | ) ) |
| Defendants. | ) |

## Order Granting Motion to Appear *Pro Hac Vice*

This case is before the court on the motion for Jennifer J. Nagle to appear *pro hac vice* on behalf of plaintiff (Dkt. 8). Having considered the motion, the court determines it should be GRANTED. Therefore, Jennifer J. Nagle is granted leave to appear *pro hac vice* on behalf of plaintiff in this matter.

So ORDERED.

Date: 8/18/2020

Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system