UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

TYLER TECHNOLOGIES, INC.,           )
                                    )
            Plaintiff,              )
                                    )
        v.                          )        No. 4:20-cv-00173-TWP-DML
                                    )
LEXUR ENTERPRISES INC., et al.      )
                                    )
            Defendants.             )

## Order Granting Motion to Appear *Pro Hac Vice*

This case is before the court on the motion for Michael R. Creta to appear *pro hac vice* on behalf of plaintiff (Dkt. 9). Having considered the motion, the court determines it should be GRANTED.  Therefore, Michael R. Creta is granted leave to appear *pro hac vice* on behalf of plaintiff in this matter. The court FURTHER ORDERS that Michael R. Creta register as a user of the court's electronic case filing system by August 31, 2020. Failure to register could result in the revocation of his admission *pro hac vice*.

So ORDERED.

Date: 8/18/2020

*Debra McVicker Lynch*
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

Michael R. Creta
K&L GATES LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111