UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| TYLER TECHNOLOGIES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO. 4:20-cv-00173-TWP-DML |
| | ) |
| LEXUR ENTERPRISES INC., ROBERT FRY, | ) |
| JIMMY DAVIS, JOE THORNSBERRY, | ) |
| AND JOHN DOES 1-100, | ) |
| | ) |
| Defendants. | ) |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Defendant, Lexur Enterprises Inc., by counsel, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, hereby files its Corporate Disclosure Statement as follows: Lexur Enterprises, Inc. is an Ohio corporation with headquarters located at 7755 Paragon Road, Suite 109, Dayton, Ohio 45459. Lexur Enterprises, Inc. has no parent corporation and no publicly held corporation owns 10% or more of its stock.

/s/ A. Richard M. Blaiklock
A. RICHARD M. BLAIKLOCK, #20031-49

**LEWIS WAGNER, LLP**
501 Indiana Avenue, Suite 200
Indianapolis, IN 46202-6150
Phone:   317-237-0500
Fax:       317-630-2790
Email:    rblaiklock@lewiswagner.com

## CERTIFICATE OF SERVICE

  I hereby certify that on August 26, 2020, a copy of the foregoing **Rule 7.1 Corporate Disclosure Statement** was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

| | |
|---|---|
| Ann O. McCready<br>Vivek Randle Hadley<br>TAFT STETTINIUS & HOLLISTER LLP<br>One Indiana Square<br>Suite 3500<br>Indianapolis, IN  46204<br>amccready@taftlaw.com<br>vhadley@taftlaw.com | Robert Fry<br>6608 Green Park Drive<br>Dayton, OH 45459 |
| Jennifer J. Nagle<br>Michael R. Creta<br>K&L GATES LLP<br>State Street Financial Center<br>One Lincoln Street<br>Boston, MA  02111<br>jennifer.nagle@klgates.com<br>michael.creta@klgates.com | Jimmy Davis<br>736 S. Jackson Park Drive<br>Seymour, IN  47274 |
| John H. Haskin<br>Samuel Mark Adams<br>JOHN H. HASKIN & ASSOCIATES, LLC<br>255 North Alabama<br>Second Floor<br>Indianapolis, IN  46204<br>jhaskin@jhaskinlaw.com<br>sadams@jhaskinlaw.com | |

            /s/A. Richard M. Blaiklock_____
           A. RICHARD M. BLAIKLOCK, #20031-49