UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| TYLER TECHNOLOGIES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CAUSE NO. 4:20-cv-00173-TWP-DML |
| ) | |
| LEXUR ENTERPRISES INC., ROBERT FRY, ) | |
| JIMMY DAVIS, JOE THORNSBERRY, ) | |
| AND JOHN DOES 1-100, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF INITIAL EXTENSION OF TIME**

Defendant, Lexur Enterprises Inc., by counsel and pursuant to Local Rule 6.1, notifies the Court of an agreed automatic initial 28-day extension of time to respond to Plaintiff's Complaint. Defendant's original deadline to respond is September 1, 2020, and the 28-day enlargement of time extends the deadline to respond to September 29, 2020. No case management plan has been established, and no hearings or other deadlines have been set. This extension will not interfere with any hearings or deadlines. Counsel for Defendant Lexur Enterprises Inc. contacted counsel for Plaintiff on August 25, 2020, regarding this enlargement, and counsel for Plaintiff stated that Plaintiff has no objections.

WHEREFORE, Defendant, by counsel, respectfully submits its notice of its extension of its deadline to respond to Plaintiff's Complaint by 28 days, to and including September 29, 2020.

Respectfully submitted,

 /s/ A. Richard M. Blaiklock_____
A. RICHARD M. BLAIKLOCK, #20031-49

**LEWIS WAGNER, LLP**
501 Indiana Avenue, Suite 200
Indianapolis, IN 46202-6150
Phone:   317-237-0500
Fax:     317-630-2790
Email:   rblaiklock@lewiswagner.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing document was electronically filed this 26th day of August, 2020. Parties may access this filing through the Court's electronic filing system. Notice of this filing will be sent to the following counsel of record by operation of the Court's system:

John H. Haskin – jhaskin@jhaskinlaw.com

Samuel M. Adams - sadams@jhaskinlaw.com

Ann O'Connor McCready – amccready@taftlaw.com

Vivek R. Handley – vhandley@taftlaw.com

Jennifer Nagle – jennifer.nagle@klgates.com

Michael Creta – michael.creta@klgates.com

Robert Fry
6608 Green Park Drive
Dayton, OH 45459

Jimmy Davis
736 S. Jackson Park Drive
Seymour, IN  47274

/s/ A. Richard M. Blaiklock_____
A. RICHARD M. BLAIKLOCK, #20031-49