UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| TYLER TECHNOLOGIES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO. 4:20-cv-00173-TWP-DML |
| | ) |
| LEXUR ENTERPRISES INC., ROBERT FRY, | ) |
| JIMMY DAVIS, JOE THORNSBERRY, | ) |
| AND JOHN DOES 1-100, | ) |
| | ) |
| Defendants. | ) |

**APPEARANCE BY ATTORNEY IN CIVIL CASE**

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for Defendant, LEXUR ENTERPRISES INC. I certify that I am admitted to practice in this Court.

    /s/ John C. Trimble_____
JOHN C. TRIMBLE, #1791-49

**LEWIS WAGNER, LLP**
501 Indiana Avenue, Suite 200
Indianapolis, IN 46202-6150
Phone:   317-237-0500
Fax:   317-630-2790
Email:   jtrimble@lewiswagner.com

## CERTIFICATE OF SERVICE

      I hereby certify that on August 26, 2020, a copy of the foregoing **Appearance of John C. Trimble** was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

| | |
|---|---|
| Ann O. McCready<br>Vivek Randle Hadley<br>TAFT STETTINIUS & HOLLISTER LLP<br>One Indiana Square<br>Suite 3500<br>Indianapolis, IN  46204<br>amccready@taftlaw.com<br>vhadley@taftlaw.com | Robert Fry<br>6608 Green Park Drive<br>Dayton, OH 45459 |
| Jennifer J. Nagle<br>Michael R. Creta<br>K&L GATES LLP<br>State Street Financial Center<br>One Lincoln Street<br>Boston, MA  02111<br>jennifer.nagle@klgates.com<br>michael.creta@klgates.com | Jimmy Davis<br>736 S. Jackson Park Drive<br>Seymour, IN  47274 |
| John H. Haskin<br>Samuel Mark Adams<br>JOHN H. HASKIN & ASSOCIATES, LLC<br>255 North Alabama<br>Second Floor<br>Indianapolis, IN  46204<br>jhaskin@jhaskinlaw.com<br>sadams@jhaskinlaw.com | |

                                              /s/ John C. Trimble_____
                                              JOHN C. TRIMBLE, #1791-49

**LEWIS WAGNER, LLP**
501 Indiana Avenue, Suite 200
Indianapolis, IN 46202-6150
Phone:   317-237-0500
Fax:      317-630-2790
jtrimble@lewiswagner.com