UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| TYLER TECHNOLOGIES, INC., <br><br>    PLAINTIFF, <br><br> v. <br><br> LEXUR ENTERPRISES INC., ROBERT FRY, JIMMY DAVIS, JOE THORNSBERRY, AND JOHN DOES 1-100, <br><br>    DEFENDANTS. | CAUSE NO. 4:20-CV-00173-TWP-DML |

**APPEARANCE OF COUNSEL**

Chelsea R. Stanley, of the law firm Stites & Harbison PLLC, hereby enters her appearance on behalf of Robert Fry.

 

*Chelsea R. Stanley*
Douglas B. Bates, Bar No. 16355-10
Chelsea R. Stanley, Bar No. 32770-22
STITES & HARBISON PLLC
323 East Court Avenue
Jeffersonville, IN  47130
Telephone:  (812) 282-7566
Email:  dbates@stites.com
            cstanley@stites.com

COUNSEL FOR ROBERT FRY

205323:1