UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| TYLER TECHNOLOGIES, INC., <br><br> PLAINTIFF, <br><br> v. <br><br> LEXUR ENTERPRISES INC., ROBERT FRY, JIMMY DAVIS, JOE THORNSBERRY, AND JOHN DOES 1-100, <br><br> DEFENDANTS. | CAUSE NO. 4:20-CV-00173-TWP-DML |

**NOTICE OF AUTOMATIC INITIAL EXTENSION OF TIME**

Defendant, Robert Fry, by counsel, hereby notifies the Court of its automatic initial extension of time pursuant to Local Rule 6-1(b) to answer or otherwise respond to Plaintiff's complaint. The deadline has not been previously extended. The extension is for 28 or fewer days and does not interfere with any deadlines or hearings. The complaint was filed on August 10, 2020. Robert Fry was served on August 12, 2020. The current responsive deadline is September 2, 2020. The extended deadline is September 30, 2020. Opposing counsel agrees to the extension.

- 2 -

*Chelsea R. Stanley*
Douglas B. Bates, Bar No. 16355-10
Chelsea R. Stanley, Bar No. 32770-22
STITES & HARBISON PLLC
323 East Court Avenue
Jeffersonville, IN 47130
Telephone: (812) 282-7566
Email: dbates@stites.com
       cstanley@stites.com

COUNSEL FOR ROBERT FRY

205322:1