UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

TYLER TECHNOLOGIES, INC.,

    Plaintiff

v.

                      CASE NO.: 4:20-cv-00173-TWP-DML

LEXUR ENTERPRISES INC., ROBERT FRY,
JIMMY DAVIS, JOE THORNSBERRY, and
JOHN DOES 1-100s,

    Defendants

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for: **JIMMY DAVIS**

                      Respectfully submitted,

                      KIGHTLINGER & GRAY, LLP

By:   s/ R. Jeffrey Lowe
       R. Jeffrey Lowe, Atty. #21508-22
       KIGHTLINGER & GRAY, LLP
       Bonterra Building, Suite 200
       3620 Blackiston Boulevard
       New Albany, IN  47150
       jlowe@k-glaw.com
       Phone:  (812) 949-2300
       Fax:  (812) 949-8556
       *Counsel for Defendant,*
       *Jimmy Davis*

## CERTIFICATE OF SERVICE

I hereby certify that on the **28th day of August, 2020,** a copy of the foregoing Notice of Appearance was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Ann O'Connor McCready
Vivek R. Hadley
TAFT STETTINIUS & HOLLISTER LLP
One Indiana Square, Suite 3500
Indianapolis, Indiana 46204
Email: amccready@taftlaw.com
Email: vhandley@taftlaw.com
*Counsel for Plaintiff*

Jennifer J. Nagle
Michael R. Creta
K&L GATES LLP
One Lincoln Street, State Street Financial Center
Boston, MA 02111
Email: jennifer.nagle@klgates.com
Email: michael.creta@klgates.com
*Counsel for Plaintiff*

John H. Haskin
Samuel M. Adams
JOHN H. HASKIN & ASSOCIATES
255 North Alabama Street, 2nd Floor
Indianapolis, IN 46204
Email: sadams@jhaskinlaw.com
Email: jhaskin@jhaskinlaw.com
*Attorneys for Defendant,*
*Joe Thornsberry*

Lexur Enterprises Inc.
7755 Paragon Road, Suite 109
Dayton, OH 45459

Robert Fry
6608 Green Park Drive
Dayton OH 45459

                                                 s/ R. Jeffrey Lowe
                                                 R. Jeffrey Lowe
                                                 KIGHTLINGER & GRAY, LLP