# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# NEW ALBANY DIVISION

| | |
|---|---|
| TYLER TECHNOLOGIES, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LEXUR ENTERPRISES INC., ROBERT FRY, ) <br> JIMMY DAVIS, JOE THORNSBERRY, ) <br> AND JOHN DOES 1-100 ) <br> ) <br> Defendants. ) | Case No. 4:20-cv-00173-TWP-DML |

## DEFENDANT LEXUR ENTERPRISES INC.'S MOTION TO DISMISS

Defendant Lexur Enterprises, Inc. ("Lexur"), by counsel, pursuant to Federal Rule of Civil Procedure 12(b)(6), respectfully requests that the Court dismiss Plaintiff Tyler Technologies, Inc.'s ("Tyler") claims against it. In support of this Motion, Lexur states:

1. On or about August 10, 2020, Plaintiff Tyler Technologies, Inc. ("Tyler") filed its Complaint. Plaintiff's Complaint consists of five counts against Lexur: (1) violation of Section 1 of the Sherman Antitrust Act; (2) violation of the Indiana Antitrust Act; (3) tortious interference with contract; (4) tortious interference with business relationships; and (5) civil conspiracy.

2. Plaintiff's Complaint fails to state a claim for relief against Lexur pursuant to Federal Rule of Civil Procedure 12(b)(6).

3. Lexur hereby incorporates by reference as if fully restated herein its Brief in Support of Lexur's Motion to Dismiss Plaintiff's Complaint, filed contemporaneously with this Motion.

WHEREFORE, Defendant Lexur Enterprises, Inc. respectfully requests that the Court enter an Order dismissing Plaintiff's Complaint for all counts against Lexur Enterprises, Inc. with prejudice and for all other just and proper relief.

        Respectfully Submitted,

        LEWIS WAGNER, LLP

        /s/A. Richard M. Blaiklock
        A. RICHARD M. BLAIKLOCK
        AARON D. GRANT
        LEWIS WAGNER, LLP
        501 Indiana Avenue, Suite 200
        Indianapolis, IN  46202
        Phone:  (317) 237-0500
        Fax:  (317) 630-2790
        rblaiklock@lewiswagner.com
        agrant@lewiswagner.com
        *Attorneys for Lexur Enterprises, Inc.*

**LEWIS WAGNER, LLP**
501 Indiana Avenue, Suite 200
Indianapolis, IN 46202-6150
Phone:   317-237-0500
Fax:     317-630-2790
Email:   rblaiklock@lewiswagner.com

## CERTIFICATE OF SERVICE

  I hereby certify that on September 29, 2020, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

| | |
|---|---|
| Ann O. McCready<br>Vivek Randle Hadley<br>TAFT STETTINIUS &<br>HOLLISTER LLP<br>One Indiana Square<br>Suite 3500<br>Indianapolis, IN  46204<br>amccready@taftlaw.com<br>vhadley@taftlaw.com | Douglas B. Bates<br>Chelsea R. Stanley<br>STITES & HARBISON PLLC 323<br>East Court Avenue<br>Jeffersonville, IN 47130<br>dbates@stites.com cstanley@stites.com |
| Jennifer J. Nagle<br>Michael R. Creta<br>K&L GATES LLP<br>State Street Financial Center<br>One Lincoln Street<br>Boston, MA  02111<br>jennifer.nagle@klgates.com<br>michael.creta@klgates.com | R. Jeffrey Lowe<br>KIGHTLINGER & GRAY, LLP<br>Bonterra Building, Suite 200<br>3620 Blackiston Boulevard<br>New Albany, IN 47150<br>jlowe@k-glaw.com |
| John H. Haskin<br>Samuel Mark Adams<br>JOHN H. HASKIN &<br>ASSOCIATES, LLC<br>255 North Alabama<br>Second Floor<br>Indianapolis, IN  46204<br>jhaskin@jhaskinlaw.com<br>sadams@jhaskinlaw.com | |

            /s/A. Richard M. Blaiklock
            A. RICHARD M. BLAIKLOCK

**LEWIS WAGNER, LLP**
501 Indiana Avenue, Suite 200
Indianapolis, IN 46202-6150
Phone:   317-237-0500
Fax:       317-630-2790
rblaiklock@lewiswagner.com