**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**NEW ALBANY DIVISION**

_____

|  |  |  |
|---|---|---|
| TYLER TECHNOLOGIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:20-cv-00173-TWP-DML |
| | ) | |
| LEXUR ENTERPRISES INC., ROBERT FRY, | ) | |
| JIMMY DAVIS, JOE THORNSBERRY, | ) | |
| AND JOHN DOES 1-100 | ) | |
| | ) | |
| Defendants. | ) | |

_____)

## ORDER GRANTING MOTION TO DISMISS

Defendant Lexur Enterprises, Inc. having filed its Motion to Dismiss and Brief in Support of Motion to Dismiss, and the Court being duly advised and having reviewed the same, now GRANTS said Motion;

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Counts I, II, III, IV, and V of Plaintiff's Complaint are hereby dismissed with prejudice as against Lexur Enterprises, Inc. pursuant to Federal Rule of Civil Procedure 12(b)(6).

SO ORDERED this _____ day of _____, 2020

_____
JUDGE, UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

Distribution of this Order will be made to counsel of record using the Court's CM/ECF system.