UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

TYLER TECHNOLOGIES, INC.,

        PLAINTIFF,

v.

LEXUR ENTERPRISES INC.,
ROBERT FRY, JIMMY DAVIS, JOE
THORNSBERRY, AND JOHN DOES
1-100

        DEFENDANTS.

CAUSE NO. 4:20-CV-00173-TWP-DML

### DEFENDANT ROBERT FRY'S MOTION TO DISMISS

Defendant Robert Fry, by counsel, respectfully moves this Court pursuant to Fed. R. Civ. P. 12(b)(6) for entry of an order dismissing with prejudice the Complaint against him filed by Plaintiff, Tyler Technologies, Inc. In support of his Motion to Dismiss, Defendant submits his accompanying Brief in Support.

*Douglas B. Bates*
Douglas B. Bates, Bar No. 16355-10
Chelsea R. Stanley, Bar No. 32770-22
STITES & HARBISON PLLC
323 East Court Avenue
Jeffersonville, IN  47130
Telephone:  (812) 282-7566
Email:  dbates@stites.com
Email:  cstanley@stites.com
*COUNSEL FOR ROBERT FRY*

205575:1

1