UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

TYLER TECHNOLOGIES, INC.,

    Plaintiff

v.

                                                       CASE NO.:   4:20-cv-00173-TWP-DML

LEXUR ENTERPRISES INC., ROBERT FRY,
JIMMY DAVIS, JOE THORNSBERRY, and
JOHN DOES 1-100s,

    Defendants

## DEFENDANT JIMMY DAVIS'
## MOTION FOR PARTIAL DISMISSAL
## OF PLAINTIFF'S COMPLAINT

Defendant Jimmy Davis ("Davis"), by counsel, pursuant to Federal Rule of Civil Procedure 12(b)(6), respectfully moves the Court to dismiss Counts I, II, III and IV of the Plaintiff's Complaint against Jimmy Davis because those Counts fail to state a claim upon which relief can be granted against the Defendant. In support of said Motion, and in accordance with Southern District of Indiana Local Rule 7-1(b), Jimmy Davis submits herewith a Memorandum of Law in Support of his Motion to Dismiss.

                                                          Respectfully submitted,

                                                          KIGHTLINGER & GRAY, LLP

                                   By:    <u>s/ R. Jeffrey Lowe</u>
                                            R. Jeffrey Lowe, Atty. #21508-22
                                            KIGHTLINGER & GRAY, LLP

Bonterra Building, Suite 200  
3620 Blackiston Boulevard  
New Albany, IN  47150  
jlowe@k-glaw.com  
Phone:  (812) 949-2300  
Fax:  (812) 949-8556  
*Counsel for Defendant,*  
*Jimmy Davis*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the **30th day of September, 2020,** a copy of the foregoing Motion to Dismiss was filed electronically.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

Ann O'Connor McCready  
Vivek R. Hadley  
TAFT STETTINIUS & HOLLISTER LLP  
One Indiana Square, Suite 3500  
Indianapolis, Indiana 46204  
Email: amccready@taftlaw.com  
Email: vhandley@taftlaw.com  
*Counsel for Plaintiff*

Jennifer J. Nagle  
Michael R. Creta  
K&L GATES LLP  
One Lincoln Street, State Street Financial Center  
Boston, MA 02111  
Email: jennifer.nagle@klgates.com  
Email: michael.creta@klgates.com  
*Counsel for Plaintiff*

John H. Haskin  
Samuel M. Adams  
JOHN H. HASKIN & ASSOCIATES  
255 North Alabama Street, 2nd Floor  
Indianapolis, IN 46204  
Email: sadams@jhaskinlaw.com  
Email: jhaskin@jhaskinlaw.com  
*Attorneys for Defendant,*  
*Joe Thornsberry*

A. Richard Blaiklock
Aaron D. Grant
John Trimble
LEWIS WAGNER, LLP
501 Indiana Avenue, Suite 200
Indianapolis, IN 46202
rblaiklock@lewiswagner.com
agrant@lewiswagner.com
jtrimble@lewiswagner.com
*Counsel for Lexur Enterprises, Inc*

Douglas B. Bates
Chelsea R. Stanley
STITES & HARBISON, PLLC
323 East Court Avenue
Jeffersonville, IN 47130
dbates@stites.com
cstanley@stites.com
*Counsel for Defendant, Robert Fry*

                                              s/ R. Jeffrey Lowe
                                              R. Jeffrey Lowe
                                              KIGHTLINGER & GRAY, LLP