UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

TYLER TECHNOLOGIES, INC.,

    Plaintiff

v.

                       CASE NO.:   4:20-cv-00173-TWP-DML

LEXUR ENTERPRISES INC., ROBERT FRY,
JIMMY DAVIS, JOE THORNSBERRY, and
JOHN DOES 1-100s,

    Defendants

### ORDER GRANTING DAVIS' MOTION FOR PARTIAL DISMISSAL

This Cause coming before the Court on the Defendant, Jimmy Davis', Motion for Partial Dismissal of Counts I, II, III and IV of the Plaintiff's Complaint and the Court being duly advised in the premises, now finds said Motion should be Granted.

IT IS THEREFORE ORDERED, ADJUDGED and Decreed, Counts I, II, III and IV of the Plaintiff's Complaint are hereby dismissed.

SO ORDERED this ____ day of _____, 2020.

                                        _____
                                        JUDGE, U.S. DISTRICT COURT
                                        SOUTHERN DISTRICT OF INDIANA

Order Tendered By:
R. Jeffrey Lowe, Atty. #21508-22
KIGHTLINGER & GRAY, LLP
Bonterra Boulevard, Suite 200
3620 Blackiston Boulevard
New Albany, IN 47150
Phone:  (812) 949-2300
Fax:    (812) 949-8556
Email:  jlowe@k-glaw.com

Distribution:

R. Jeffrey Lowe
Alyssa C.B. Cochran
Kightlinger & Gray, LLP
Bonterra Boulevard, Suite 200
3620 Blackiston Boulevard
New Albany, IN  47150
Email:  jlowe@k-glaw.com
*Counsel for Defendant,*

Ann O'Connor McCready
Vivek R. Hadley
TAFT STETTINIUS & HOLLISTER LLP
One Indiana Square, Suite 3500
Indianapolis, Indiana 46204
Email: amccready@taftlaw.com
Email: vhandley@taftlaw.com
*Counsel for Plaintiff*

Jennifer J. Nagle
Michael R. Creta
K&L GATES LLP
One Lincoln Street, State Street Financial Center
Boston, MA 02111
Email: jennifer.nagle@klgates.com
Email: michael.creta@klgates.com
*Counsel for Plaintiff*

John H. Haskin
Samuel M. Adams
JOHN H. HASKIN & ASSOCIATES
255 North Alabama Street, 2nd Floor
Indianapolis, IN 46204
Email: sadams@jhaskinlaw.com
Email: jhaskin@jhaskinlaw.com
*Counsel for Defendant,*
*Joe Thornsberry*

A. Richard Blaiklock
Aaron D. Grant
John Trimble
LEWIS WAGNER, LLP
501 Indiana Avenue, Suite 200

Indianapolis, IN 46202
rblaiklock@lewiswagner.com
agrant@lewiswagner.com
jtrimble@lewiswagner.com
*Counsel for Lexur Enterprises, Inc*

Douglas B. Bates
Chelsea R. Stanley
STITES & HARBISON, PLLC
323 East Court Avenue
Jeffersonville, IN 47130
dbates@stites.com
cstanley@stites.com
*Counsel for Defendant, Robert Fry*