**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**NEW ALBANY DIVISION**

| | |
|---|---|
| TYLER TECHNOLOGIES, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LEXUR ENTERPRISES INC., ROBERT FRY, ) <br> JIMMY DAVIS, JOE THORNSBERRY, ) <br> AND JOHN DOES 1-100 ) <br> ) <br> Defendants. ) | Case No. 4:20-cv-00173-TWP-DML |

## DEFENDANT LEXUR ENTERPRISES, INC.'S NOTICE OF SERVICE OF RULE 26(A)(1) INITIAL DISCLOSURES

Defendant Lexur Enterprises Inc. ("Lexur"), by counsel, hereby notifies the Court that Lexur has served its Rule 26(a)(1) Initial Disclosures on all parties in this matter.

Respectfully submitted,

LEWIS WAGNER, LLP


By /s/A. Richard M. Blaiklock
A. RICHARD M. BLAIKLOCK, #20031-49
*Counsel for Defendant Lexur Enterprises, Inc.*

## CERTIFICATE OF SERVICE

  I hereby certify that on October 13, 2020, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

| | |
|---|---|
| Ann O. McCready<br>Vivek Randle Hadley<br>TAFT STETTINIUS & HOLLISTER LLP<br>One Indiana Square<br>Suite 3500<br>Indianapolis, IN 46204<br>amccready@taftlaw.com<br>vhadley@taftlaw.com | Douglas B. Bates<br>Chelsea R. Stanley<br>STITES & HARBISON PLLC 323 East Court Avenue<br>Jeffersonville, IN 47130<br>dbates@stites.comcstanley@stites.com |
| Jennifer J. Nagle<br>Michael R. Creta<br>K&L GATES LLP<br>State Street Financial Center<br>One Lincoln Street<br>Boston, MA 02111<br>jennifer.nagle@klgates.com<br>michael.creta@klgates.com | R. Jeffrey Lowe<br>KIGHTLINGER & GRAY, LLP<br>Bonterra Building, Suite 200<br>3620 Blackiston Boulevard<br>New Albany, IN 47150<br>jlowe@k-glaw.com |
| John H. Haskin<br>Samuel Mark Adams<br>JOHN H. HASKIN & ASSOCIATES, LLC<br>255 North Alabama<br>Second Floor<br>Indianapolis, IN 46204<br>jhaskin@jhaskinlaw.com<br>sadams@jhaskinlaw.com | |

             /s/A. Richard M. Blaiklock
               A. RICHARD M. BLAIKLOCK

**LEWIS WAGNER, LLP**
501 Indiana Avenue, Suite 200
Indianapolis, IN 46202-6150
Phone: 317-237-0500
Fax: 317-630-2790
rblaiklock@lewiswagner.com