UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| TYLER TECHNOLOGIES, INC., <br><br> PLAINTIFF, <br><br> v. <br><br> LEXUR ENTERPRISES INC., ROBERT FRY, JIMMY DAVIS, JOE THORNSBERRY, AND JOHN DOES 1-100, <br><br> DEFENDANTS. | CAUSE NO. 4:20-CV-00173-TWP-DML |

**NOTICE OF SERVICE OF INITIAL DISCLOSURES
OF DEFENDANT ROBERT FRY**

Defendant Robert Fry, by counsel, in accordance with FRCP 26(a)(1), notify the Court that they have complied with the Parties' Case Management Plan and have served Initial Disclosures via email on counsel for the plaintiff in this matter.

Douglas B. Bates
Douglas B. Bates, Bar No. 16355-10
Chelsea R. Stanley, Bar No. 32770-22
STITES & HARBISON PLLC
323 East Court Avenue
Jeffersonville, IN  47130
Telephone:  (812) 282-7566
Email:  dbates@stites.com
Email:  cstanley@stites.com

COUNSEL FOR DEFENDANT
ROBERT FRY

205763:1