**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**NEW ALBANY DIVISION**

TYLER TECHNOLOGIES, INC.,

Plaintiff,

v.

LEXUR ENTERPRISES INC., ROBERT FRY, JIMMY DAVIS, JOE THORNSBERRY, AND JOHN DOES 1-100

Defendants.

Case No. 4:20-cv-00173-TWP-DML

**JOINT MOTION FOR EXTENSION OF**
**MOTION TO DISMISS BRIEFING SCHEDULE**

Plaintiff Tyler Technologies, Inc. ("Tyler") and Defendants Lexur Enterprises Inc. ("Lexur"), Robert Fry ("Fry"), Jimmy Davis ("Davis"), and Joe Thornsberry (collectively, the "Defendants"), jointly move the Court for an extension of the current motion to dismiss briefing schedule. In support of this Motion, the Parties state as follows:

1. Tyler filed its Complaint on August 10, 2020 (DE #1.)

2. Following notices of automatic extensions of time by the Defendants (DE #12, #18, #23, #25), Lexur filed a motion to dismiss on September 29, 2020 (DE #29, #30), and Fry and Davis each filed motions to dismiss on September 30, 2020 (DE #32, #32, #33, #34.)

3. Following the October 1, 2020 initial pretrial conference, the Court set the following briefing schedule: Tyler to respond to all three motions to dismiss (in a consolidated fashion if desired) by October 30, 2020, and Defendants to submit replies, if any, by November 13, 2020 (DE #35.)

4. Since the initial pretrial conference, the Parties have discussed the possibility of early settlement discussions and agree that a short extension of the briefing schedule is appropriate to continue those discussions while not otherwise dedicating resources to briefing.

5. The Parties request a modified briefing schedule as follows: Tyler to respond to all three motions to dismiss (in a consolidated fashion if desired) by November 20, 2020, and Defendants to submit replies, if any, by December 9, 2020.

6. These extensions will not affect any deadlines or the trial date, as this matter is in its early stages and discovery is not yet underway.

7. This Motion is not being made for any improper purpose.

WHEREFORE, the Parties respectfully request that the Court grant an enlargement of time up to and including November 20, 2020 for Tyler to file its response in opposition to the three pending motions to dismiss filed by Defendants Lexur, Fry, and Davis, with a reply deadline following on December 9, 2020.

Respectfully submitted,

*/s/ Ann O'Connor McCready*
Jennifer J. Nagle (*pro hac vice*)
Michael R. Creta (*pro hac vice*)
K&L Gates LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111
Tel: 617-951-9059
Fax: 617-261-3175
jennifer.nagle@klgates.com
michael.creta@klgates.com

Ann O'Connor McCready
Vivek Randle Hadley
Taft Stettinius & Hollister LLP
One Indiana Square
Suite 3500
Indianapolis, IN 46204
Tel: 317-713-3500
Fax: 317-713-3699
amccready@taftlaw.com
vhadley@taftlaw.com

*Counsel for Plaintiff Tyler Technologies, Inc.*

*/s/ A. Richard M. Blaiklock*
A. Richard M. Blaiklock
Aaron D. Grant
John Carl Trimble
Lewis Wagner, LLP
501 Indiana Avenue
Suite 200
Indianapolis, IN 46202
Tel: 317-237-0500
Fax: 317-630-2790
rblaiklock@lewiswagner.com
agrant@lewiswagner.com
jtrimble@lewiswagner.com

*Counsel for Lexur Enterprises Inc.*

*/s/ Douglas B. Bates*
Douglas B. Bates
Chelsea R. Stanley
Stites & Harbison, PLLC
323 East Court Avenue
PO Box 946
Jeffersonville, IN 47130
Tel: 812-282-7566
Fax: 812-284-5519
dbates@stites.com
cstanley@stites.com

*Counsel for Robert Fry*

*/s/ R. Jeffrey Lowe*
R. Jeffrey Lowe
Kightlinger & Gray, LLP
Bonterra Building
3620 Blackiston Boulevard, Suite 200
New Albany, IN 47150
Tel: 812-949-2300
Fax: 812-949-8556
jlowe@k-glaw.com

*Counsel for Jimmy Davis*

*/s/ John H. Haskin*
John H. Haskin
Samuel Mark Adams
John H. Haskin & Associates, LLC
255 North Alabama
Second Floor
Indianapolis, IN 46204
Tel: 317-955-9500
Fax: 317-955-2570
jhaskin@jhaskinlaw.com
sadams@jhaskinlaw.com

*Counsel for Joe Thornsberry*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 19, 2020, a copy of the foregoing document titled ***Joint Motion for Extension of Motion to Dismiss Briefing Schedule*** was filed via CM/ECF and served on all counsel of record.

/s/ *Ann O'Connor McCready*

28061388v1