# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# NEW ALBANY DIVISION

| | |
|---|---|
| TYLER TECHNOLOGIES, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LEXUR ENTERPRISES INC., ROBERT FRY, ) <br> JIMMY DAVIS, JOE THORNSBERRY, ) <br> AND JOHN DOES 1-100 ) <br> ) <br> Defendants. ) <br> ) | Case No. 4:20-cv-00173-TWP-DML |

## ORDER GRANTING JOINT MOTION FOR EXTENSION OF MOTION TO DISMISS BRIEFING SCHEDULE

The parties to this case have jointly moved the Court for an extension of time regarding the briefing schedule for pending motions to dismiss filed by several Defendants. Being duly advised, the Court hereby GRANTS the parties' joint motion. Plaintiff shall file its response to all pending motions to dismiss (in a consolidated fashion if desired) by November 20, 2020; and Defendants to submit replies, if any, by December 9, 2020.

_____
Judge, Southern District of Indiana

Distribution to all ECF-registered counsel of record.

28056567v2