UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

TYLER TECHNOLOGIES, INC.,

    Plaintiff

v.

                                    CASE NO.:   4:20-cv-00173-TWP-DML

LEXUR ENTERPRISES INC., ROBERT FRY,
JIMMY DAVIS, JOE THORNSBERRY, and
JOHN DOES 1-100s,

    Defendants

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:   **JIMMY DAVIS**

                                    Respectfully submitted,

                                    KIGHTLINGER & GRAY, LLP

By:    */s/ Whitney E. Wood*
            R. Jeffrey Lowe, Atty. #21508-22
            Whitney E. Wood, Atty #32449-39
            KIGHTLINGER & GRAY, LLP
            Bonterra Building, Suite 200
            3620 Blackiston Boulevard
            New Albany, IN  47150
            jlowe@k-glaw.com
            wwood@k-glaw.com
            Phone:  (812) 949-2300
            Fax:  (812) 949-8556
            *Counsel for Defendant,*
            *Jimmy Davis*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the **19th day of October, 2020,** a copy of the foregoing Notice of Appearance was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Ann O'Connor McCready
Vivek R. Hadley
TAFT STETTINIUS & HOLLISTER LLP
One Indiana Square, Suite 3500
Indianapolis, Indiana 46204
Email: amccready@taftlaw.com
Email: vhandley@taftlaw.com
*Counsel for Plaintiff*

Jennifer J. Nagle
Michael R. Creta
K&L GATES LLP
One Lincoln Street, State Street Financial Center
Boston, MA 02111
Email: jennifer.nagle@klgates.com
Email: michael.creta@klgates.com
*Counsel for Plaintiff*

John H. Haskin
Samuel M. Adams
JOHN H. HASKIN & ASSOCIATES
255 North Alabama Street, 2$_{nd}$ Floor
Indianapolis, IN 46204
Email: sadams@jhaskinlaw.com
Email: jhaskin@jhaskinlaw.com
*Attorneys for Defendant,*
*Joe Thornsberry*

A. Richard M. Blaiklock
Aaron D. Grant
John Carl Trimble
Lewis Wagner, LLP
501 Indiana Avenue, Suite 200
Indianapolis, IN 46202
rblaiklock@lewiswagner.com
agrant@lewiswagner.com
jtrimble@lewiswagner.com
*Counsel for Defendant,*
*Lexur Enterprises Inc.*

Douglas B. Bates
Chelsea R. Stanley
Stites & Harbison, PLLC
323 East Court Avenue
PO Box 946
Jeffersonville, IN 47130
dbates@stites.com
cstanley@stites.com
*Counsel for Defendant,*
*Robert Fry*

             /s/ Whitney E. Wood
             Whitney E. Wood
             KIGHTLINGER & GRAY, LLP

204403\60627026-1