UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| TYLER TECHNOLOGIES, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LEXUR ENTERPRISES INC., ROBERT FRY, ) <br> JIMMY DAVIS, JOE THORNSBERRY, ) <br> AND JOHN DOES 1-100 ) <br> ) <br> Defendants. ) <br> ) | Case No. 4:20-cv-00173-TWP-DML |

**DEFENDANT LEXUR ENTERPRISES INC.'S PRELIMINARY WITNESS AND EXHIBIT LISTS**

Defendant Lexur Enterprises Inc. ("Lexur"), by counsel, hereby submits its Preliminary Witness and Exhibit lists in accordance with the Case Management Plan (Dkt. 26) and states as follows:

**PRELIMINARY WITNESS LIST**

1. Jimmy Davis

2. Joe Thornsberry

3. Robert Fry

4. Jennifer Bippus

5. As of yet unidentified Lexur employees who may have been involved with, or have information about, the activities alleged in the Complaint

6. As of yet unidentified Tyler employees who may have been involved with, or have information about, the activities alleged in the Complaint

7. As of yet unidentified employees of the Counties (as defined in the Complaint) who may have been involved with, or have information about, the activities alleged in the Complaint

8. As of yet unidentified Tyler employees who may have been involved with, or have information about, Tyler's bidding activities similar to those alleged by Tyler to have been improper in the Complaint

9. Karen Mannix

10. Stacey Matthews

11. Shawna Bushhorn

12. James Sinks

13. Katie Kaufman

14. Megan Acra

15. Mark Folkerts

16. Nate Knopp

17. Troy Fryman

18. Cathy Gould

19. Barry Wood

20. David Marusarz

21. Dan Muthard

22. Any experts any party to this lawsuit may retain and designate to testify by the deadlines set forth in the Case Management Plan.

23. Any individual identified in discovery responses, depositions, initial disclosures, preliminary witness lists, or final witness lists, including any supplements or amendments thereto.

24. All witnesses necessary to lay proper foundation to admit exhibits.

25. All necessary rebuttal witnesses.

The foregoing list of witnesses includes all witnesses presently known to Defendant, who may be called at trial in this case. Discovery is ongoing and not yet completed. Defendant therefore reserves the right to amend, modify, or supplement this witness list at any time. In the event other

witnesses are identified by the Defendant, they will be disclosed to the Court and counsel as soon as practicable.

## PRELIMINARY EXHIBIT LIST

1. Emails and other written communications between Lexur, Jimmy Davis, and Joe Thornsberry

2. Written documents regarding Tyler Technology Inc.'s negotiations with various Indiana counties

3. Written documents regarding Tyler Technology Inc.'s communications with the State of Indiana officials regarding bidding

4. Emails and other written communications between the Defendants and the Counties (as defined in the Complaint)

5. The 2018-2022 cyclical reassessment contracts entered into between Tyler and each of the Counties (as defined in the Complaint)

6. The Requests for Bids and Notices for Bids published by the Counties (as defined in the Complaint) in or about late June/early July 2020

7. The documents provided to Tyler by the Counties (as defined in the Complaint) in or about late June/early July 2020

8. The documents provided to Tyler by the Counties (as defined in the Complaint) pursuant to Tyler's APRA/FOIA requests

9. The documents provided to Tyler by Penn Township, Indiana pursuant to Tyler's APRA/FOIA requests

10. The termination letters that the assessors for the different counties involved in this matter sent to Tyler in 2020

11. Tyler's various bid protest communications with the Counties (as defined in the Complaint) and the DLGF

12. Thornsberry's employment agreements and restrictive covenants

13. Tyler's employee handbook and Davis's and Thornsberry's written acknowledgements of the same

14. Davis and Thornsberry's compensation records from their employment at Tyler

15. Al documents attached to the Complaint

16. All documents produced in response to discovery

17. All documents subpoenaed by the parties to this action

18. All documents referenced in other parties' exhibit lists

19. All admissible information contained in the depositions taken in this matter, including any exhibits to any deposition

20. All pleadings, motions, or other documents, including any attachments or exhibits thereto, filed with the Court in this litigation

21. The reports of any designated expert witness

22. All exhibits needed for impeachment or rebuttal

The foregoing list of exhibits includes all exhibits presently known to Defendant. Discovery is ongoing and not yet completed. Defendant therefore reserves the right to amend, modify, or supplement this exhibit list at any time. In the event other exhibits are identified by the Defendant, they will be disclosed to the Court and counsel as soon as practicable.

Respectfully submitted,

LEWIS WAGNER, LLP

By /s/A. Richard M. Blaiklock
A. RICHARD M. BLAIKLOCK, #20031-49
*Counsel for Defendant Lexur Enterprises, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that on October 27, 2020, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

| | |
|---|---|
| Ann O. McCready<br>Vivek Randle Hadley<br>TAFT STETTINIUS & HOLLISTER LLP<br>One Indiana Square<br>Suite 3500<br>Indianapolis, IN 46204<br>amccready@taftlaw.com<br>vhadley@taftlaw.com | Douglas B. Bates<br>Chelsea R. Stanley<br>STITES & HARBISON PLLC 323 East Court Avenue<br>Jeffersonville, IN 47130<br>dbates@stites.comcstanley@stites.com |
| Jennifer J. Nagle<br>Michael R. Creta<br>K&L GATES LLP<br>State Street Financial Center<br>One Lincoln Street<br>Boston, MA 02111<br>jennifer.nagle@klgates.com<br>michael.creta@klgates.com | R. Jeffrey Lowe<br>KIGHTLINGER & GRAY, LLP<br>Bonterra Building, Suite 200<br>3620 Blackiston Boulevard<br>New Albany, IN 47150<br>jlowe@k-glaw.com |
| John H. Haskin<br>Samuel Mark Adams<br>JOHN H. HASKIN & ASSOCIATES, LLC<br>255 North Alabama<br>Second Floor<br>Indianapolis, IN 46204<br>jhaskin@jhaskinlaw.com<br>sadams@jhaskinlaw.com | |

                                         /s/A. Richard M. Blaiklock
                                           A. RICHARD M. BLAIKLOCK

**LEWIS WAGNER, LLP**
501 Indiana Avenue, Suite 200
Indianapolis, IN 46202-6150
Phone:   317-237-0500
Fax:      317-630-2790
rblaiklock@lewiswagner.com