-1-

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| TYLER TECHNOLOGIES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO: 4:20-cv-00173-TWP-DML |
| | ) |
| LEXUR ENTEPRISES INC., ROBERT FRY, JIMMY DAVIS, JOE THORNSBERRY, AND JOHN DOES 1-100 | ) ) ) ) ) |
| | ) |
| Defendants. | ) |

**DEFENDANT JOE THORNSBERRY'S PRELIMINARY WITNESS AND EXHIBIT LIST**

Defendant Joe Thornsberry, by counsel, hereby submits his Preliminary Witness and Exhibit List.

**I. Witnesses:**

1. Defendant Joe Thornsberry.

2. Defendant Jim Davis.

3. Defendant Robert Fry.

4. Karen Mannix.

5. Stacey Matthews.

6. Zac Huston.

7. Mark Folkerts.

8. All persons identified in other parties' Initial Disclosures and Preliminary Witness Lists.

**II. Exhibits:**

1. Tyler's personnel file on Mr. Thornsberry.

2. Tyler's employment handbooks, policies, and or procedures.

3. Emails, text messages, and other documents relating to correspondence concerning Mr. Thornsberry, his communications with representatives of Jefferson and Switzerland Counties, his communications with Lexur, his work performance, and the reasons for his termination by Tyler.

4. All documents referred to or attached as exhibits in Tyler's Complaint.

5. All documents identified in other parties' Initial Disclosures and Preliminary Exhibit Lists.

Respectfully submitted,

/s Samuel M. Adams
Samuel M. Adams
John H. Haskin & Associates
255 North Alabama Street, 2nd Floor
Indianapolis, IN 46204
sadams@jhaskinlaw.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing document was electronically filed this 29th day of October, 2020. Parties may access this filing through the Court's electronic filing system. Notice of this filing will be sent to the following counsel of record by operation of the Court's system:

Ann O'Connor McCready – amccready@taftlaw.com

Vivek R. Handley – vhandley@taftlaw.com

Jennifer Nagle – jennifer.nagle@klgates.com

Michael Creta – michael.creta@klgates.com

A. Richard M. Blaiklock – rblaiklock@lewiswagner.com

Aaron D. Grant – agrant@lewiswagner.com

John Carl Trimble – jtrimble@lewiswagner.com

Douglas B. Bates – dbates@stiteslaw.com

Chelsea R. Stanley – cstanley@stiteslaw.com

R. Jeffrey Lowe – jlowe@k-glaw.com

/s/ *Samuel M. Adams*