UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| TYLER TECHNOLOGIES, INC., )<br>)<br>  Plaintiff, )<br>)<br>v. )<br>)<br>LEXUR ENTERPRISES INC., ROBERT FRY, )<br>JIMMY DAVIS, JOE THORNSBERRY, )<br>AND JOHN DOES 1-100 )<br>)<br>  Defendants. )<br>) | Case No. 4:20-cv-00173-TWP-DML |

**ORDER GRANTING JOINT MOTION FOR EXTENSION OF
MOTION TO DISMISS BRIEFING SCHEDULE AND MODIFICATION OF CASE
MANAGEMENT PLAN IN LIGHT OF SCHEDULED SETTLEMENT CONFERENCE**

The parties to this case have jointly moved the Court for an extension of time regarding the briefing schedule for pending motions to dismiss filed by several Defendants, pursuant to the settlement conference scheduled for December 21, 2020. Being duly advised, the Court hereby GRANTS the parties' joint motion as follows:

(a) Plaintiff shall file its response to all pending motions to dismiss (in a consolidated fashion if desired) by January 11, 2021, and Defendants shall submit replies, if any, by January 25, 2021; and

(b) The Case Management Plan (Dkt. 36) is hereby modified to extend the deadline to file motions for leave to amend the pleadings and/or to join additional parties to March 10, 2021.

Date: 11/18/2020

_Debra McVicker Lynch_
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution to all ECF-registered counsel of record.