UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| TYLER TECHNOLOGIES, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LEXUR ENTERPRISES INC., ROBERT FRY, ) <br> JIMMY DAVIS, JOE THORNSBERRY, ) <br> AND JOHN DOES 1-100 ) <br> ) <br> Defendants. ) | Case No. 20-cv-00173-TWP-DML |

**JOINT MOTION TO POSTPONE STATUS CONFERENCE**

Plaintiff Tyler Technologies, Inc. ("Tyler") and Defendants Lexur Enterprises Inc. ("Lexur"), Robert Fry ("Fry"), Jimmy Davis ("Davis"), and Joe Thornsberry ("Thornsberry") (collectively, the "Defendants") jointly move the court to postpone the status conference currently set for November 30, 2020, in light of the upcoming settlement conference and the postponement of other upcoming deadlines. In support of this Motion, the Parties state as follows:

1. This Court set a status conference for November 30, 2020 following the October 1, 2020 Initial Pretrial Conference (DE #35). At that time, the Court also set deadlines for briefing on the Defendants' motions to dismiss, and those motions would have been fully briefed by November 13, 2020 pursuant to that original briefing schedule (*Id.*).

2. Following the Initial Pretrial Conference, the parties filed a Joint Motion for Extension of Motion to Dismiss Briefing Schedule so that they could continue early settlement discussions without otherwise dedicating resources to briefing (DE #39). The Court granted the Motion on October 21, 2020 (DE #43).

3. The Parties have since scheduled a full-day settlement conference with Magistrate Judge Lynch for December 21, 2020 (the earliest date that both Magistrate Judge Lynch and the Parties are available).

4. In light of that scheduled settlement conference, the Parties also filed an additional Joint Motion for Extension of Motion to Dismiss Briefing Schedule on November 17, 2020 (DE #49), which the Court granted on November 18, 2020 (DE #50). The motions to dismiss therefore will be fully briefed by January 25, 2021.

5. As the Parties have a settlement conference coming up with the Court in December and no other developments have occurred since the Initial Pretrial Conference that would warrant an update with the Court, the Parties jointly request that the status conference set for November 30, 2020 be postponed and reset for a date after the settlement conference has occurred and the motions to dismiss are fully briefed.

6. This postponement will not affect any deadlines or the trial date, as this matter is in its early stages and discovery is not yet underway.

7. This Motion is not being made for any improper purpose.

WHEREFORE, the Parties respectfully request that the November 30, 2020 status conference be postponed and reset for a date to be determined after the December 21, 2020 settlement conference.

*[signature page to follow]*

Respectfully submitted,

/s/ Ann O. McCready
Jennifer J. Nagle (*pro hac vice*)
Michael R. Creta (*pro hac vice*)
K&L Gates LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111
Tel: 617-951-9059
Fax: 617-261-3175
jennifer.nagle@klgates.com
michael.creta@klgates.com

Ann O. McCready
Vivek Randle Hadley
Taft Stettinus & Hollister LLP
One Indiana Square
Suite 3500
Indianapolis, IN 46204
Tel: 317-713-3500
Fax: 317-713-3699
amccready@taftlaw.com
vhadley@taftlaw.com

*Counsel for Plaintiff Tyler Technologies, Inc.*

/s/ Richard M. Blaiklock
Richard M. Blaiklock
Aaron D. Grant
John Carl Trimble
Lewis Wagner, LLP
501 Indiana Avenue
Suite 200
Indianapolis, IN 46202
Tel: 317-237-0500
Fax: 317-630-2790
rblaiklock@lewiswagner.com
agrant@lewiswagner.com
jtrimble@lewiswagner.com

*Counsel for Lexur Enterprises Inc.*

/s/ Douglas B. Bates
Douglas B. Bates
Chelsea R. Stanley
Stites & Harbison, PLLC
323 East Court Avenue
PO Box 946
Jeffersonville, IN 47130
Tel: 812-282-7566
Fax: 812-284-5519
dbates@stites.com
cstanley@stites.com

*Counsel for Robert Fry*

/s/ R. Jeffrey Lowe
R. Jeffrey Lowe
Kightlinger & Gray, LLP
Bonterra Building
3620 Blackiston Boulevard, Suite 200
New Albany, IN 47150
Tel: 812-949-2300
Fax: 812-949-8556
jlowe@k-glaw.com

*Counsel for Jimmy Davis*

*/s/ Samuel Mark Adams*
John H. Haskin
Samuel Mark Adams
John H. Haskin & Associates, LLC
255 North Alabama
Second Floor
Indianapolis, IN 46204
Tel: 317-955-9500
Fax: 317-955-2570
jhaskin@jhaskinlaw.com
sadams@jhaskinlaw.com

*Counsel for Joe Thornsberry*

DATED: November 24, 2020

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 24, 2020, a copy of the foregoing document was filed via CM/ECF and served on all counsel of record.

*/s/ Ann O'Connor McCready*