# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# NEW ALBANY DIVISION

| | |
|---|---|
| TYLER TECHNOLOGIES, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LEXUR ENTERPRISES INC., ROBERT FRY, ) <br> JIMMY DAVIS, JOE THORNSBERRY, ) <br> AND JOHN DOES 1-100 ) <br> ) <br> Defendants. ) <br> ) | Case No. 4:20-cv-00173-TWP-DML |

**ORDER GRANTING JOINT MOTION TO POSTPONE STATUS CONFERENCE**

The parties to this case have jointly moved the Court to postpone the status conference currently set for November 30, 2020, in light of the settlement conference scheduled for December 21, 2020 and the related extensions of other deadlines. Being duly advised, the Court hereby GRANTS the parties' joint motion and postpones the status conference previously set for November 30, 2020. The status conference will be reset at a later date if necessary, following the December 21, 2020 settlement conference.

_____

Judge, Southern District of Indiana

Distribution to all ECF-registered counsel of record.

28306875v1