## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## NEW ALBANY DIVISION

| | | |
|---|---|---|
| TYLER TECHNOLOGIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:20-cv-00173-TWP-DML |
| | ) | |
| LEXUR ENTERPRISES INC., ROBERT FRY, | ) | |
| JIMMY DAVIS, JOE THORNSBERRY, | ) | |
| AND JOHN DOES 1-100 | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

### ORDER GRANTING JOINT MOTION TO POSTPONE STATUS CONFERENCE

The parties to this case have jointly moved the Court to postpone the status conference currently set for November 30, 2020, in light of the settlement conference scheduled for December 21, 2020 and the related extensions of other deadlines. Being duly advised, the Court hereby GRANTS the parties' joint motion and VACATES the status conference previously set for November 30, 2020. The status conference will be reset at a later date if necessary, following the December 21, 2020 settlement conference.

Date: 11/25/2020

_Debra McVicker Lynch_
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution to all ECF-registered counsel of record.