UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| TYLER TECHNOLOGIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:20-cv-00173-TWP-DML |
| | ) | |
| LEXUR ENTERPRISES INC., et al. | ) | |
| | ) | |
| Defendants. | ) | |

## Entry and Order from Settlement Conference

The plaintiff, by its authorized representative and by counsel, and the defendants, in person and by counsel, appeared for a settlement conference on December 21, 2020, with the magistrate judge. The conference was held and concluded with an agreement between the plaintiff and defendant Thornsberry. The other claims were not settled.

Within thirty days of the date of this entry, counsel for the plaintiff shall file a motion to dismiss this cause against defendant Thornsberry and submit an order for the Court's signature ordering the dismissal of this action or a stipulation of dismissal (consistent with the agreement of the parties). Additional time to complete the execution of the settlement documents may be granted if requested in writing before expiration of this period.

So ORDERED.

Date: 12/23/2020

*Debra McVicker Lynch*
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record by email through the court's ECF system