UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| TYLER TECHNOLECHIES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:20-cv-00173-TWP-DML |
| ) | |
| LEXUR ENTERPRISES INC., ROBERT FRY, ) | |
| JIMMY DAVIS, JOE THORNSBERRY, ) | |
| AND JOHN DOES 1-100 ) | |
| ) | |
| Defendants. ) | |

**ORDER GRANTING ASSENTED-TO MOTION FOR EXTENSION OF MOTION TO DISMISS BRIEFING SCHEDULE**

Plaintiff Tyler Technologies, with the assent of Defendants Lexur Enterprises Inc., Robert Fry, Jimmy Davis, and Joe Thornsberry (collectively, "Defendants"), has moved the Court for an extension of time regarding the briefing schedule for pending motions to dismiss filed by several Defendants. Being duly advised, the Court hereby GRANTS Plaintiff's motion. Plaintiff shall file its response to all pending motions to dismiss (in a consolidated fashion if desired) by January 18, 2021, and Defendants shall submit replies, if any, by February 1, 2021.

Date: 12/23/2020

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution to all ECF-registered counsel of record.

28483889v1