**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**NEW ALBANY DIVISION**

| | |
|---|---|
| TYLER TECHNOLOGIES, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LEXUR ENTERPRISES INC., ROBERT FRY, )<br>JIMMY DAVIS, JOE THORNSBERRY, )<br>AND JOHN DOES 1-100 )<br>)<br>Defendants. )<br>) | Case No. 4:20-cv-00173-TWP-DML |

**NOTICE OF SETTLEMENT**
**AS TO DEFENDANT JIMMY DAVIS**

Plaintiff Tyler Technologies, Inc. ("Tyler") and Defendant Jimmy Davis ("Mr. Davis") hereby submit this Notice that Tyler and Mr. Davis have reached a settlement, subject to agreement on the final settlement documents. A joint stipulation of dismissal with prejudice as to all claims filed against Mr. Davis is expected to be filed with this Court within thirty (30) days of this Notice. Tyler and Mr. Davis respectfully request that this Court vacate any and all deadlines pending in this case related to Mr. Davis, including Tyler's deadline to oppose Mr. Davis' motion to dismiss, which is currently set for Monday, January 18, 2021.

A form order is provided with this Notice.

Respectfully submitted,

| | |
|---|---|
| */s/ Ann O'Connor McCready* | */s/ R. Jeffrey Lowe* |
| Jennifer J. Nagle (*pro hac vice*) | R. Jeffrey Lowe |
| Michael R. Creta (*pro hac vice*) | Kightlinger & Gray, LLP |
| K&L Gates LLP | Bonterra Building |
| State Street Financial Center | 3620 Blackiston Boulevard, Suite 200 |
| One Lincoln Street | New Albany, IN 47150 |
| Boston, MA 02111 | Tel: 812-949-2300 |
| Tel: 617-951-9059 | Fax: 812-949-8556 |
| Fax: 617-261-3175 | jlowe@k-glaw.com |
| jennifer.nagle@klgates.com | |
| michael.creta@klgates.com | *Counsel for Jimmy Davis* |

Ann O. McCready
Vivek Randle Hadley
Taft Stettinius & Hollister LLP
One Indiana Square
Suite 3500
Indianapolis, IN 46204
Tel: 317-713-3500
Fax: 317-713-3699
amccready@taftlaw.com
vhadley@taftlaw.com

*Counsel for Plaintiff Tyler Technologies, Inc.*

DATED: January 12, 2021.

## CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2021, a copy of the foregoing was filed via CM/ECF and served on all counsel of record.

*/s/ Ann O'Connor McCready*