UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| TYLER TECHNOLOGIES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:20-cv-00173-TWP-DML |
| ) | |
| LEXUR ENTERPRISES INC., ROBERT FRY, ) | |
| JIMMY DAVIS, JOE THORNSBERRY, ) | |
| AND JOHN DOES 1-100 ) | |
| ) | |
| Defendants. ) | |

**ORDER ON NOTICE OF SETTLEMENT**
**AS TO DEFENDANT JIMMY DAVIS**

Plaintiff Tyler Technologies, Inc. ("Tyler") and Defendant Jimmy Davis ("Mr. Davis") have submitted Notice that Tyler and Mr. Davis have reached a settlement, subject to agreement on the final settlement documents. Pursuant to that Notice, the Court ORDERS that any and all deadlines pending in this case related to Jimmy Davis, are vacated. The deadlines as to the other Defendants remain as previously ordered.

SO ORDERED.

Date: 1/19/2021

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution to counsel of record via CM/ECF