UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| TYLER TECHNOLOGIES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO: 4:20-cv-00173-TWP-DML |
| | ) |
| LEXUR ENTEPRISES INC., ROBERT FRY, JIMMY DAVIS, JOE THORNSBERRY, AND JOHN DOES 1-100 | ) ) ) ) |
| | ) |
| Defendants. | ) |

**JOINT MOTION FOR EXTENSION OF TIME TO FILE STIPULATION OF DISMISSAL**

Plaintiff, Tyler Technologies, Inc., and Defendant Joe Thornsberry, by their respective counsel, hereby respectfully request an extension of time to file their Stipulation of Dismissal, and in support would show:

1. The Court held a settlement conference on December 21, 2020, at which Plaintiff and Defendant Thornsberry reached a settlement.

2. On December 23, 2020, the Court issued an Order directing Plaintiff and Defendant Thornsberry to file a stipulation of dismissal no later than January 22, 2021.

3. Due to counsel being out of the office at various times for the holidays, the parties have been unable to complete all documents and other steps necessary to be able to file their stipulation of dismissal by January 22.

4. Plaintiff and Defendant Thornsberry request an additional 7 days to file their stipulation.

WHEREFORE, Plaintiff Tyler Technologies, Inc., and Defendant Joe Thornsberry respectfully request an extension of time to and including January 29, 2021, within which to file their Stipulation of Dismissal.

Respectfully submitted,

/s Samuel M. Adams
Samuel M. Adams
John H. Haskin & Associates
255 North Alabama Street, 2nd Floor
Indianapolis, IN 46204
sadams@jhaskinlaw.com

*Attorney for Defendant Thornsberry*

/s Jennifer J. Nagle (with permission)
Jennifer J. Nagle
K&L Gates LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111
jennifer.nagle@klgates.com

/s Ann O'Connor McCready   (with permission)
Ann O'Connor McCready
Taft Stettinius Hollister LLP
One Indiana Square, Suite 3500
amccready@taftlaw.com


*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing document was electronically filed this 21st day of January, 2021.  Parties may access this filing through the Court's electronic filing system.  Notice of this filing will be sent to the following counsel of record by operation of the Court's system:

Ann O'Connor McCready – amccready@taftlaw.com

Vivek R. Handley – vhandley@taftlaw.com

Jennifer Nagle – jennifer.nagle@klgates.com

Michael Creta – michael.creta@klgates.com

A. Richard M. Blaiklock – rblaiklock@lewiswagner.com

Aaron D. Grant – agrant@lewiswagner.com

John Carl Trimble – jtrimble@lewiswagner.com

Douglas B. Bates – dbates@stiteslaw.com

Chelsea R. Stanley – cstanley@stiteslaw.com

R. Jeffrey Lowe – jlowe@k-glaw.com

/s/ *Samuel M. Adams*