UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| TYLER TECHNOLOGIES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO: 4:20-cv-00173-TWP-DML |
| | ) |
| LEXUR ENTEPRISES INC., ROBERT | ) |
| FRY, JIMMY DAVIS, JOE | ) |
| THORNSBERRY, AND JOHN DOES | ) |
| 1-100 | ) |
| | ) |
| Defendants. | ) |

**ORDER ON JOINT MOTION FOR EXTENSION OF TIME
TO FILE STIPULATION OF DISMISSAL**

Come now Plaintiff, Tyler Technologies, Inc., and Defendant Joe Thornsberry, by counsel, and

having filed this Motion, and the Court, being duly advised, hereby GRANTS' their Joint Motion for

Extension of Time to File Stipulation of Dismissal. Plaintiff and Defendant Thornsberry shall file their

Stipulation of Dismissal on or before January 29, 2021.

IT IS SO ORDERED.

Date: 1/22/2021

_____
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

Distribution to all counsel of record by the Court's CM/ECF system.