**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**NEW ALBANY DIVISION**

| | |
|---|---|
| TYLER TECHNOLOGIES, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LEXUR ENTERPRISES INC., ROBERT FRY, )<br>JIMMY DAVIS, JOE THORNSBERRY, )<br>AND JOHN DOES 1-100 )<br>)<br>Defendants. )<br>) | C.A. No. 4:20-cv-00173- TWP-DML |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and in light of the confidential settlement reached by the parties hereto, Plaintiff Tyler Technologies, Inc. and Defendant Joe Thornsberry hereby stipulate and agree to the dismissal with prejudice of all claims against Defendant Joe Thornsberry in this lawsuit.

Each party shall bear their own costs and attorneys' fees.

[*signature page to follow*]

Respectfully submitted,

| | |
|---|---|
| *s/ Jennifer J. Nagle (with permission)* | *s/ Samuel M. Adams* |
| Jennifer J. Nagle (*pro hac vice*) | John H. Haskin |
| Michael R. Creta (*pro hac vice*) | Samuel Mark Adams |
| K&L Gates LLP | John H. Haskin & Associates, LLC |
| State Street Financial Center | 255 North Alabama |
| One Lincoln Street | Second Floor |
| Boston, MA 02111 | Indianapolis, IN 46204 |
| Tel: 617-951-9059 | Tel: 317-955-9500 |
| Fax: 617-261-3175 | Fax: 317-955-2570 |
| jennifer.nagle@klgates.com | jhaskin@jhaskinlaw.com |
| michael.creta@klgates.com | sadams@jhaskinlaw.com |
| | |
| Ann O. McCready | *Counsel for Joe Thornsberry* |
| Vivek Randle Hadley | |
| Taft Stettinus & Hollister LLP | |
| One Indiana Square | |
| Suite 3500 | |
| Indianapolis, IN 46204 | |
| Tel: 317-713-3500 | |
| Fax: 317-713-3699 | |
| amccready@taftlaw.com | |
| vhadley@taftlaw.com | |

*Counsel for Plaintiff Tyler Technologies, Inc.*

Dated: January 29, 2021

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing document was electronically filed this 29th day of January, 2021. Parties may access this filing through the Court's electronic filing system. Notice of this filing will be sent to the following counsel of record by operation of the Court's system:

Ann O'Connor McCready – amccready@taftlaw.com

Vivek R. Handley – vhandley@taftlaw.com

Jennifer Nagle – jennifer.nagle@klgates.com

Michael Creta – michael.creta@klgates.com

A. Richard M. Blaiklock – rblaiklock@lewiswagner.com

Aaron D. Grant – agrant@lewiswagner.com

John Carl Trimble – jtrimble@lewiswagner.com

Douglas B. Bates – dbates@stiteslaw.com

Chelsea R. Stanley – cstanley@stiteslaw.com

R. Jeffrey Lowe – jlowe@k-glaw.com

/s/ *Samuel M. Adams*

1