UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| TYLER TECHNOLOGIES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 4:20-cv-00173- TWP-DML |
| ) | |
| LEXUR ENTERPRISES INC., ROBERT FRY, ) | |
| JIMMY DAVIS, JOE THORNSBERRY, ) | |
| AND JOHN DOES 1-100 ) | |
| ) | |
| Defendants. ) | |

## ORDER OF DISMISSAL

This matter is before the Court on the Joint Stipulation of Dismissal with Prejudice filed by Plaintiff Tyler Technologies, Inc. and Defendant Joe Thornsberry. The parties, by their respective counsel, filed a signed stipulation dismissing all claims against Defendant Joe Thornsberry. As the stipulation meets the requirements of Fed. R. Civ. P. 41, the claims against Defendant Joe Thornsberry are hereby DISMISSED WITH PREJUDICE, with the parties to pay their respective costs, expenses, and fees without reimbursement.

SO ORDERED this _____ day of _____, 2021.

_____         _____
Date                                                   Judge Tanya Walton Pratt
                                                            United States District Judge
                                                            Southern District of Indiana

Distribution to:
All ECF-registered counsel of record via email generated by the Court's ECF System

1

**Error! Unknown document property name.**