UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| TYLER TECHNOLOGIES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 4:20-cv-00173- TWP-DML |
| ) | |
| LEXUR ENTERPRISES INC., ROBERT FRY, ) | |
| JIMMY DAVIS, JOE THORNSBERRY, ) | |
| AND JOHN DOES 1-100 ) | |
| ) | |
| Defendants. ) | |

## ORDER OF DISMISSAL

This matter is before the Court on the Joint Stipulation of Dismissal with Prejudice filed by Plaintiff Tyler Technologies, Inc. and Defendant Joe Thornsberry. The parties, by their respective counsel, filed a signed stipulation dismissing all claims against Defendant Joe Thornsberry. As the stipulation meets the requirements of Fed. R. Civ. P. 41, the claims against Defendant Joe Thornsberry are hereby DISMISSED WITH PREJUDICE, with the parties to pay their respective costs, expenses, and fees without reimbursement.

Date: 2/1/2021

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution to:
All ECF-registered counsel of record via email generated by the Court's ECF System