**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**NEW ALBANY DIVISION**

|   |   |
|---|---|
| TYLER TECHNOLOGIES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 4:20-cv-00173- TWP-DML |
| ) | |
| LEXUR ENTERPRISES INC., ROBERT FRY, ) | |
| JIMMY DAVIS, JOE THORNSBERRY, ) | |
| AND JOHN DOES 1-100 ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and in light of the confidential settlement reached by Plaintiff Tyler Technologies, Inc. and Defendant Jimmy Davis, Plaintiff Tyler Technologies, Inc. hereby dismisses with prejudice all claims against Defendant Jimmy Davis in this lawsuit.

Each party shall bear their own costs and attorneys' fees.

[*signature page to follow*]

Dated: February 12, 2021.

Respectfully submitted,

*/s/ Ann O'Connor McCready*
Jennifer J. Nagle (*pro hac vice*)
Michael R. Creta (*pro hac vice*)
K&L Gates LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111
Tel: 617-951-9059
Fax: 617-261-3175
jennifer.nagle@klgates.com
michael.creta@klgates.com

Ann O. McCready
Vivek Randle Hadley
Taft Stettinius & Hollister LLP
One Indiana Square
Suite 3500
Indianapolis, IN 46204
Tel: 317-713-3500
Fax: 317-713-3699
amccready@taftlaw.com
vhadley@taftlaw.com

*Counsel for Plaintiff Tyler Technologies, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2021, a copy of the foregoing document titled ***Notice of Dismissal With Prejudice*** was filed via CM/ECF and served on all counsel of record.

 */s/Ann O'Connor McCready*
Ann O'Connor McCready (Ind. Atty. No. 32836-53