UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| TYLER TECHNOLOGIES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 4:20-cv-00173- TWP-DML |
| ) | |
| LEXUR ENTERPRISES INC., ROBERT FRY, ) | |
| JIMMY DAVIS, JOE THORNSBERRY, ) | |
| AND JOHN DOES 1-100 ) | |
| ) | |
| Defendants. ) | |

## ORDER OF DISMISSAL

This matter is before the Court on the Notice of Dismissal with Prejudice filed by Plaintiff Tyler Technologies, Inc. dismissing all claims against Defendant Jimmy Davis. As the Notice meets the requirements of Fed. R. Civ. P. 41, the claims against Defendant Jimmy Davis are hereby DISMISSED WITH PREJUDICE, with the parties to pay their respective costs, expenses, and fees without reimbursement.

SO ORDERED this _____ day of _____, 2021.


_____                    _____
Date                                            Judge Tanya Walton Pratt
                                                United States District Judge
                                                Southern District of Indiana


Distribution to:
All ECF-registered counsel of record via email generated by the Court's ECF System