**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**NEW ALBANY DIVISION**

| | |
|---|---|
| TYLER TECHNOLOGIES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 4:20-cv-00173- TWP-DML |
| ) | |
| LEXUR ENTERPRISES INC., ROBERT FRY, ) | |
| JIMMY DAVIS, JOE THORNSBERRY, ) | |
| AND JOHN DOES 1-100 ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER OF DISMISSAL

This matter is before the Court on the Notice of Dismissal with Prejudice filed by

Plaintiff Tyler Technologies, Inc. dismissing all claims against Defendant Jimmy Davis.  As the

Notice meets the requirements of Fed. R. Civ. P. 41, the claims against Defendant Jimmy Davis

are hereby DISMISSED WITH PREJUDICE, with the parties to pay their respective costs,

expenses, and fees without reimbursement.

The motion to dismiss filed by Defendant Jimmy Davis at Dkt. 33 is DENIED as MOOT.


Date: 2/16/2021

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana


Distribution to:
All ECF-registered counsel of record via email generated by the Court's ECF System