# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# NEW ALBANY DIVISION

| | |
|---|---|
| TYLER TECHNOLOGIES, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LEXUR ENTERPRISES INC., ROBERT FRY, )<br>JIMMY DAVIS, JOE THORNSBERRY, )<br>AND JOHN DOES 1-100 )<br>)<br>Defendants. ) | Case No. 4:20-cv-00173-TWP-DML |

## ORDER GRANTING MOTION TO STAY

Defendant Lexur Enterprises, Inc. having filed its Motion to Stay Discovery and Brief in Support of Motion to Stay Discovery, and the Court being duly advised and having reviewed the same, now GRANTS said Motion;

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that all discovery in this matter is hereby stayed pending the resolution of Lexur Enterprises, Inc.'s Motion to Dismiss.

SO ORDERED this _____ day of _____, 2021

_____
JUDGE, UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

Distribution of this Order will be made to counsel of record using the Court's CM/ECF system.