UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| TYLER TECHNOLOGIES, INC., | |
| PLAINTIFF, | |
| v. | CAUSE NO. 4:20-CV-00173-TWP-DML |
| LEXUR ENTERPRISES INC., ROBERT FRY, JIMMY DAVIS, JOE THORNSBERRY, AND JOHN DOES 1-100 | |
| DEFENDANTS. | |

## DEFENDANT ROBERT FRY'S MOTION TO JOIN LEXUR ENTERPRISES, INC.'S MOTION TO STAY DISCOVERY

Defendant Robert Fry ("Fry"), by counsel, moves the Court to permit him to join the motion to stay discovery [DN 68] and brief in support [DN 69] filed by Defendant Lexur Enterprises, Inc. ("Lexur"). In support of this motion, Fry states as follows:

Fry filed a motion to dismiss this action [DN 31] and a supporting brief [DN 32] on September 30, 2020. Fry's motion asserts the same arguments for dismissal that are set forth in Lexur's motion to dismiss [DN 29] and supporting brief [DN 30]. After these motions to dismiss were filed, Plaintiff, Tyler Technologies, Inc. ("Tyler") served discovery on Fry and Lexur. The discovery requests served on Fry are almost identical to those served on Lexur. [*Compare* Ex. A *with* DN 69-1.] Consequently, the arguments set forth in Lexur's motion to stay discovery until the resolution of its motion to dismiss are equally applicable to Fry.

1

WHEREFORE, Fry respectfully requests that this Court allow him to join in the arguments set forth in Lexur's motion to stay discovery [DN 68] and brief in support [DN 69].


<u>Douglas B. Bates</u>
Douglas B. Bates, Bar No. 16355-10
Chelsea R. Stanley, Bar No. 32770-22
STITES & HARBISON PLLC
323 East Court Avenue
Jeffersonville, IN  47130
Telephone:  (812) 282-7566
Email:  dbates@stites.com
Email:  cstanley@stites.com
*COUNSEL FOR ROBERT FRY*

207611:1