UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| TYLER TECHNOLOGIES, INC.,<br><br>PLAINTIFF,<br><br>v.<br><br>LEXUR ENTERPRISES INC., ROBERT FRY, JIMMY DAVIS, JOE THORNSBERRY, AND JOHN DOES 1-100<br><br>DEFENDANTS. | CAUSE NO. 4:20-CV-00173-TWP-DML |

**ORDER GRANTING DEFENDANT ROBERT FRY'S MOTION TO JOIN LEXUR ENTERPRISES INC.'S MOTION TO STAY DISCOVERY**

This matter comes before the Court on the motion of Robert Fry to join in Lexur Enterprises Inc.'s Motion to Stay Discovery [DN 68] and Brief in Support [DN 69]. The Court being fully advised GRANTS said motion.

SO ORDERED ON _____.

_____
JUDGE, U.S. DISTRICT COURT

DATE:_____

Service will be made electronically on
All ECF-registered counsel of record
via email generated by the court's
ECF system.

207612:1