**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION**

| | |
|---|---|
| TYLER TECHNOLEGIES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:20-cv-00173-TWP-DML |
| ) | |
| LEXUR ENTERPRISES INC., ROBERT FRY, ) | |
| JIMMY DAVIS, JOE THORNSBERRY, ) | |
| AND JOHN DOES 1-100 ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Defendant Lexur Enterprises Inc. ("Lexur"), having filed its Motion for Extension of Time to Respond to Discovery (Dkt. 73), and the Court, being duly advised and having reviewed the same, now GRANTS said Motion;

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Lexur shall have twenty-eight (28) days, or up to and including April 10, 2021, to respond to Tyler Technologies, Inc.'s First Set of Requests for Production.

SO ORDERED this _____ day of _____, 2021

_____
JUDGE, UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

Distribution of this Order will be made to counsel of record using the Court's CM/ECF system.