UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| TYLER TECHNOLOGIES, INC., <br><br> PLAINTIFF, <br><br> v. <br><br> LEXUR ENTERPRISES INC., ROBERT FRY, JIMMY DAVIS, JOE THORNSBERRY, AND JOHN DOES 1-100 <br><br> DEFENDANTS. | CAUSE NO. 4:20-CV-00173-TWP-DML |

### ORDER GRANTING DEFENDANT ROBERT FRY'S MOTION FOR INITIAL EXTENSION OF TIME TO RESPOND TO DISCOVERY

This matter comes before the Court on the motion of Defendant Robert Fry for an extension of time to respond to discovery. The Court has reviewed the motion, and being duly advised, now GRANTS said motion.

IT IS THEREFORE ORDERED that Defendant Robert Fry shall have up to and including April 10, 2021, to serve its written objections and responses to Plaintiff's First Set of Requests for Production.

SO ORDERED ON  _____.

_____
JUDGE, U.S. DISTRICT COURT

DATE:_____

Service will be made electronically on
All ECF-registered counsel of record
via email generated by the court's
ECF system.