**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**NEW ALBANY DIVISION**

| | |
|---|---|
| TYLER TECHNOLOGIES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:20-cv-00173-TWP-DML |
| ) | |
| LEXUR ENTERPRISES INC., ROBERT FRY, ) | |
| JIMMY DAVIS, JOE THORNSBERRY, ) | |
| AND JOHN DOES 1-100 ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Defendant Lexur Enterprises Inc. ("Lexur"), having filed its Motion for Extension of Time to Respond to Discovery (Dkt. 73), and the Court, being duly advised and having reviewed the same, now GRANTS said Motion;

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Lexur shall have twenty-eight (28) days, or up to and including April 10, 2021, to respond to Tyler Technologies, Inc.'s First Set of Requests for Production.

SO ORDERED.

Date: 3/11/2021

Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution of this Order will be made to counsel of record using the Court's CM/ECF system.