**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**NEW ALBANY DIVISION**

| | |
|---|---|
| TYLER TECHNOLOGIES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. 4:20-cv-00173-TWP-DML |
| | ) |
| LEXUR ENTERPRISES INC., | ) |
| ROBERT FRY, | ) |
| JOHN DOES 1-100, | ) |
| | ) |
| Defendants. | ) |

## SCHEDULING ORDER

Having approved the Case Management Plan as amended, the Court hereby sets the final pretrial conference on <u>February 16, 2022 at 10:00 a.m.</u>, in Room 330, Birch Bayh Federal Building and United States Courthouse, Indianapolis, Indiana, and the jury trial to begin on <u>March 14, 2022 at 9:00 a.m.</u>, in Courtroom 200, United States Courthouse, New Albany, Indiana. The final pretrial conference is for attorneys only. At the final pretrial conference, Counsel shall be prepared to discuss the status of the action, including all matters requiring completion prior to trial. Counsel shall review the Court's Courtroom Procedures and Trial Practice.

IT IS SO ORDERED.

Date:   3/19/2021

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Samuel Mark Adams
JOHN H. HASKIN & ASSOCIATES, LLC
sadams@jhaskinlaw.com

Douglas B. Bates
STITES & HARBISON, PLLC (Jeffersonville)
dbates@stites.com

A. Richard M. Blaiklock
LEWIS WAGNER, LLP
rblaiklock@lewiswagner.com

Michael R. Creta
K&L GATES LLP
michael.creta@klgates.com

Aaron D. Grant
LEWIS WAGNER LLP
agrant@lewiswagner.com

Vivek Randle Hadley
TAFT STETTINIUS & HOLLISTER LLP (Indianapolis)
vhadley@taftlaw.com

John H. Haskin
JOHN H. HASKIN & ASSOCIATES, LLC
jhaskin@jhaskinlaw.com

R. Jeffrey Lowe
KIGHTLINGER & GRAY, LLP (New Albany)
jlowe@k-glaw.com

Ann O. McCready
TAFT STETTINIUS & HOLLISTER LLP (Indianapolis)
amccready@taftlaw.com

Jennifer J. Nagle
K&L GATES LLP
jennifer.nagle@klgates.com

Chelsea R. Stanley
STITES & HARBISON, PLLC (Jeffersonville)
cstanley@stites.com

John Carl Trimble
LEWIS WAGNER LLP
jtrimble@lewiswagner.com

Whitney Elizabeth Wood
KIGHTLINGER & GRAY, LLP (New Albany)

wwood@k-glaw.com