UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| TYLER TECHNOLOGIES, INC., <br><br> PLAINTIFF, <br><br> v. <br><br> LEXUR ENTERPRISES INC., ROBERT FRY, JIMMY DAVIS, JOE THORNSBERRY, AND JOHN DOES 1-100 <br><br> DEFENDANTS. | CAUSE NO. 4:20-CV-00173-TWP-DML |

**ORDER GRANTING DEFENDANT ROBERT FRY'S MOTION TO JOIN LEXUR ENTERPRISES INC.'S REPLY IN SUPPORT OF MOTION TO STAY DISCOVERY**

This matter comes before the Court on the motion of Robert Fry to join in Lexur Enterprises Inc.'s Reply in Support of Motion to Stay Discovery [DN 80]. The Court being fully advised GRANTS said motion.

SO ORDERED ON _____.

_____
JUDGE, U.S. DISTRICT COURT

DATE:_____

Service will be made electronically on
All ECF-registered counsel of record
via email generated by the court's
ECF system.

208793:1