UNITED STATES DIST
SOUTHERN DISTRICT
NEW ALBANY DI

> The requested extension to May 10, 2021, is granted.  The parties should not infer from the granting of this extension, however, any view of the pending motion to stay.  The court will endeavor to issue a ruling on that motion promptly, and if it is denied, the defendants will be expected to serve responses to the outstanding discovery requests within a short period.
> DML
> 4/19/2021

TYLER TECHNOLOGIES, INC.,

        PLAINTIFF,

v.

LEXUR ENTERPRISES INC.,
ROBERT FRY, JIMMY DAVIS, JOE
THORNSBERRY, AND JOHN DOES
1-100

        DEFENDANTS.

CAUSE NO. 4:20-CV-00173-TWP-DML

## DEFENDANTS' JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO DISCOVERY

Defendants, Robert Fry ("Fry") and Lexur Enterprises Inc. ("Lexur"), by counsel and pursuant to S.D. Ind. L.R. 6-1(c), hereby submit this Joint Motion for Extension of Time to Respond to Discovery. In support, Fry and Lexur state:

1. On March 9, 2021, Lexur and Fry each filed a motion for an initial extension of time to respond to discovery requests propounded by Tyler. [Motions for Extension, DN 73 and DN 74.] Those motions explained the following:

    (a)    Both Lexur and Fry moved to dismiss Tyler's complaint in its entirety. [Motions to Dismiss, DN 29 and DN 31.]

    (b)    Tyler then propounded substantially the same discovery requests on Lexur and Fry on February 10, 2021.