UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| TYLER TECHNOLOGIES, INC., )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>LEXUR ENTERPRISES INC., ROBERT FRY, )<br>AND JOHN DOES 1-100 )<br>)<br>    Defendants. ) | Case No. 4:20-cv-00173-TWP-DML |

## JOINT MOTION FOR PROTECTIVE ORDER

Plaintiff, Tyler Technologies, Inc., and Defendants, Lexur Enterprises, Inc. and Robert Fry, by counsel, pursuant to Fed. R. Civ. P. 26(c)(1), hereby submit the attached proposed Joint Stipulated Protective Order ("Joint Protective Order"), and in support of the entry of the Joint Protective Order state:

1. In the course of discovery in this action, the Parties may be required to produce information that constitutes, in whole or in part, protected information such as trade secrets, non-public research and development, commercial or financial information, or other information that may cause harm to the producing party or a non-party.

2. For this reason, the Parties agreed to submit a Joint Protective Order to the Court.

3. The Parties now submit the proposed Joint Protective Order for approval by the Court in the form attached hereto as *Exhibit 1*.

WHEREFORE, the Parties, by counsel, respectfully request that the Court approve and "So Order" the proposed Joint Protective Order, which is attached hereto as *Exhibit 1*.

Dated:  May 6, 2021                     **LEWIS WAGNER, LLP**

                                        By /s/ A. Richard M. Blaiklock
                                         A. RICHARD M. BLAIKLOCK, #20031-49
                                         AARON D. GRANT, #25594-49
                                        501 Indiana Avenue, Suite 200
                                        Indianapolis, IN 46202-6150

                                        *Counsel for Defendant Lexur Enterprises, Inc.*

Dated: May 6, 2021                      **TAFT STETTINIUS & HOLLISTER LLP**

                                        By /s/ Ann O. McCready
                                        Ann O. McCready
                                        Vivek Randle Hadley
                                        One Indiana Square
                                        Suite 3500
                                        Indianapolis, IN  46204

Dated: May 6, 2021                      **STITES & HARBISON PLLC**

                                        By /s/ Douglas B. Bates
                                        Douglas B. Bates
                                        Chelsea R. Stanley
                                        323 East Court Avenue
                                        Jeffersonville, IN 47130

## CERTIFICATE OF SERVICE

      I hereby certify that on May 6, 2021, a copy of the foregoing was filed electronically.  Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system.  Parties may access this filing through the court's system.

| | |
|---|---|
| Ann O. McCready<br>Vivek Randle Hadley<br>TAFT STETTINIUS & HOLLISTER LLP<br>One Indiana Square<br>Suite 3500<br>Indianapolis, IN  46204<br>amccready@taftlaw.com<br>vhadley@taftlaw.com | Douglas B. Bates<br>Chelsea R. Stanley<br>STITES & HARBISON PLLC 323 East Court Avenue<br>Jeffersonville, IN 47130<br>dbates@stites.comcstanley@stites.com |
| Jennifer J. Nagle<br>Michael R. Creta<br>K&L GATES LLP<br>State Street Financial Center<br>One Lincoln Street<br>Boston, MA  02111<br>jennifer.nagle@klgates.com<br>michael.creta@klgates.com | R. Jeffrey Lowe<br>KIGHTLINGER & GRAY, LLP<br>Bonterra Building, Suite 200<br>3620 Blackiston Boulevard<br>New Albany, IN 47150<br>jlowe@k-glaw.com |
| John H. Haskin<br>Samuel Mark Adams<br>JOHN H. HASKIN & ASSOCIATES, LLC<br>255 North Alabama<br>Second Floor<br>Indianapolis, IN  46204<br>jhaskin@jhaskinlaw.com<br>sadams@jhaskinlaw.com | |

                                                                /s/Aaron D. Grant            
                                                                 AARON D. GRANT

**LEWIS WAGNER, LLP**
501 Indiana Avenue, Suite 200
Indianapolis, IN 46202-6150
Phone:   317-237-0500
Fax:        317-630-2790
rblaiklock@lewiswagner.com
agrant@lewiswagner.com