UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| TYLER TECHNOLOGIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 4:20-cv-00173- TWP-DML |
| | ) | |
| LEXUR ENTERPRISES INC., ROBERT FRY, JIMMY DAVIS, JOE THORNSBERRY, AND JOHN DOES 1-100 | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF TYLER TECHNOLOGIES, INC.'S NOTICE
OF INITIAL EXTENSION OF TIME TO RESPOND TO DEFENDANT
LEXUR ENTERPRISES INC.'S FIRST REQUEST FOR PRODUCTION
OF DOCUMENTS AND FIRST SET OF INTERROGATORIES**

Pursuant to Local Rule 6.1, Plaintiff Tyler Technologies, Inc. ("Tyler") notifies the Court of an agreed automatic initial 28-day extension of time to respond to Defendant Lexur Enterprises, Inc.'s ("Lexur") First Request for Production of Documents and First Set of Interrogatories ("Lexur's Discovery Requests").

1. Tyler's original deadline to respond to Lexur's Discovery Requests is June 7, 2021, and the 28-day enlargement of time extends the deadline to respond to July 5, 2021.

2. The deadline to respond to Lexur's Discovery Requests has not been previously extended.

3. Due to a prior motion to stay that was filed by Lexur, which was later denied by the Court, the current Case Management Plan deadlines are now stale. The Parties are working to agree upon a new proposed schedule, which they hope to submit to the Court for approval in the

near term.  The 28-day extension will not interfere with any scheduled hearings or trial, or other deadlines set by Court order.

4. Counsel for Tyler contacted counsel for Lexur and Mr. Fry on May 10, 2021 regarding this extension, and counsel for Lexur and Mr. Fry stated that they have no objections.

WHEREFORE, Tyler respectfully submits its notice of an initial extension of the deadline to respond to Lexur's Discovery Requests by 28 days, to and including July 5, 2021.

Respectfully submitted,

*/s/ Vivek R. Hadley* _____
Ann O'Connor McCready (Ind. Atty. No. 32836-53)
amccready@taftlaw.com
Vivek R. Hadley (Ind. Atty. No. 32620-53)
vhadley@taftlaw.com
Taft Stettinius & Hollister LLP
One Indiana Square, Suite 3500
Indianapolis, Indiana 46204
Telephone: (317) 713-3500
Fax: (317) 713-3699

Jennifer J. Nagle (Mass. Bar No. 669325) (*pro hac vice*)
jennifer.nagle@klgates.com
Michael R. Creta (Mass. Bar No. 693340) (*pro hac vice*)
michael.creta@klgates.com
K&L GATES LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111
Telephone: (617) 261-3100
Fax: (617) 261-3175

*Counsel for Tyler Technologies, Inc.*

Dated: May 13, 2021

## CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2021, a copy of the foregoing document titled *Plaintiff Tyler Technologies, Inc.'s Notice of Initial Extension of Time to Respond to Defendant Lexur Enterprises Inc.'s First Request for Production of Documents and First Set of Interrogatories* was filed via CM/ECF and served on all counsel of record.

                                        */s/ Vivek R. Hadley*
                                        Vivek R. Hadley (Ind. Atty. No. 32620-53)