UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| TYLER TECHNOLOGIES, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LEXUR ENTERPRISES INC., ROBERT FRY, ) <br> JIMMY DAVIS, JOE THORNSBERRY, ) <br> AND JOHN DOES 1-100 ) <br> ) <br> Defendants. ) <br> ) | Case No. 20-cv-00173-TWP-DML |

**JOINT MOTION TO AMEND CASE MANAGEMENT PLAN**

Plaintiff Tyler Technologies, Inc. ("Tyler") and Defendants Lexur Enterprises Inc. ("Lexur") and Robert Fry ("Mr. Fry") (collectively, the "Defendants") jointly move the Court to amend the Case Management Plan ("CMP"). In support of this Motion, the Parties state as follows:

1. The Parties conferred and submitted a CMP to the Court on September 24, 2020, which was approved as modified on October 1, 2020. (DE #26, DE #35–36).

2. After the Court entered the CMP as modified (DE #36), the Parties proceeded to exchange initial disclosure statements and to exchange and file preliminary witness and exhibit lists (DE #42, 44–47).

3. Following a brief delay while the Parties explored potential settlement, Tyler served discovery requests in early February 2021.[1]

---

[1] Tyler did not object to Defendants' request for an initial 28-day extension to respond to Tyler's discovery requests, "subject to the understanding that such an extension [would] require amendment to the Case Management Plan and certain of its deadlines, including the expert disclosure and fact discovery deadlines." (DE #73 ¶ 10, DE #74 ¶ 10).

4. On March 1, 2021, Lexur filed a motion to stay discovery, which Mr. Fry joined. (DE #68–72).

5. On April 22, 2021, the Court denied the motion to stay discovery and ordered Defendants to (1) serve their discovery responses by May 14, 2021, (2) confer with Tyler about an appropriate protective order and file the same by May 6, 2021, and (3) confer with Tyler about appropriate search terms and custodians, and promptly conduct appropriate searches consistent with the Court's deadlines.  (DE #85, at p. 7.).

6. On May 3, 2021, Lexur served discovery requests on Tyler.

7. The Parties negotiated a Joint Stipulated Protective Order, which was filed on May 6, 2021.  (DE #86, DE #86-1).

8. Because this matter is still in its early stages, and discovery has not been completed, the Parties believe that the CMP's deadlines require adjustment.  The Parties jointly request an amendment to the CMP's deadlines as follows:

| Event | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| Non-expert witness discovery and discovery relating to liability issues shall be completed | June 10, 2021 | October 29, 2021 |
| Plaintiff shall disclose the name, address, and vita of any expert witness, and shall serve the report required by Fed. R. Civ. P. 26(a)(2) | April 30, 2021 | November 5, 2021 |
| Defendants shall disclose the name, address, and vita of any expert witness, and shall serve the report required by Fed. R. Civ. P. 26(a)(2) | May 31, 2021 | December 3, 2021 |
| Expert witness discovery, discovery relating to damages, and all remaining discovery shall be completed | June 30, 2021 | December 31, 2021 |
| Dispositive motions shall be filed | August 10, 2021 | February 4, 2022 |

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| The party with the burden of proof shall file a statement of the claims or defenses it intends to prove at trial, stating specifically the legal theories upon which the claims or defenses are based | July 7, 2021 | April 5, 2022 |
| Any party who wishes to limit or preclude expert testimony at trial shall file any such objections | August 10, 2021 | May 17, 2022 |
| All parties shall file and serve their final witness and exhibit lists | October 10, 2021 | July 19, 2022 |

     9.     No Party will be prejudiced by the requested amendments to the CMP's deadlines. This request is not made for the purpose of delay or any other improper purpose, and the cause of justice will be served.

     WHEREFORE, the Parties respectfully request that the Court amend the current CMP, adopt the above-proposed deadlines, and grant any other relief deemed appropriate by the Court.

Respectfully submitted,

| | |
|---|---|
| /s/ Ann O. McCready | /s/ Aaron D. Grant |
| Jennifer J. Nagle (*pro hac vice*) | A. Richard M. Blaiklock |
| Michael R. Creta (*pro hac vice*) | Aaron D. Grant |
| K&L Gates LLP | John Carl Trimble |
| State Street Financial Center | Lewis Wagner, LLP |
| One Lincoln Street | 501 Indiana Avenue |
| Boston, MA 02111 | Suite 200 |
| Tel: 617-951-9059 | Indianapolis, IN 46202 |
| Fax: 617-261-3175 | Tel: 317-237-0500 |
| jennifer.nagle@klgates.com | Fax: 317-630-2790 |
| michael.creta@klgates.com | rblaiklock@lewiswagner.com |
| | agrant@lewiswagner.com |
| Ann O. McCready | jtrimble@lewiswagner.com |
| Vivek Randle Hadley | |
| Taft Stettinus & Hollister LLP | *Counsel for Lexur Enterprises Inc.* |
| One Indiana Square | |
| Suite 3500 | /s/ Douglas B. Bates |
| Indianapolis, IN 46204 | Douglas B. Bates |
| Tel: 317-713-3500 | Chelsea R. Stanley |
| Fax: 317-713-3699 | Stites & Harbison, PLLC |
| amccready@taftlaw.com | 323 East Court Avenue |
| vhadley@taftlaw.com | PO Box 946 |
| | Jeffersonville, IN 47130 |
| *Counsel for Plaintiff Tyler Technologies, Inc.* | Tel: 812-282-7566 |
| | Fax: 812-284-5519 |
| | dbates@stites.com |
| | cstanley@stites.com |
| | |
| | *Counsel for Robert Fry* |

DATED: May 21, 2021

## CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2021, a copy of the foregoing document titled *Joint Motion to Amend Case Management Plan* was filed via CM/ECF and served on all counsel of record.

*/s/ Ann O'Connor McCready*