## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## NEW ALBANY DIVISION

| | |
|---|---|
| TYLER TECHNOLOGIES, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LEXUR ENTERPRISES INC., ROBERT FRY, ) <br> JIMMY DAVIS, JOE THORNSBERRY, ) <br> AND JOHN DOES 1-100 ) <br> ) <br> Defendants. ) <br> ) | Case No. 4:20-cv-00173-TWP-DML |

**ORDER GRANTING JOINT MOTION TO AMEND CASE MANAGEMENT PLAN**

Plaintiff Tyler Technologies, and Defendants Lexur Enterprises Inc. and Robert Fry, have moved the Court to amend the Case Management Plan. Being duly advised, the Court hereby GRANTS the motion. The Case Management Plan will be amended as follows:

| Event | Prior Deadline | New Deadline |
|---|---|---|
| Non-expert witness discovery and discovery relating to liability issues shall be completed | June 10, 2021 | October 29, 2021 |
| Plaintiff shall disclose the name, address, and vita of any expert witness, and shall serve the report required by Fed. R. Civ. P. 26(a)(2) | April 30, 2021 | November 5, 2021 |
| Defendants shall disclose the name, address, and vita of any expert witness, and shall serve the report required by Fed. R. Civ. P. 26(a)(2) | May 31, 2021 | December 3, 2021 |
| Expert witness discovery, discovery relating to damages, and all remaining discovery shall be completed | June 30, 2021 | December 31, 2021 |
| Dispositive motions shall be filed | August 10, 2021 | February 4, 2022 |

| Event | Prior Deadline | New Deadline |
|---|---|---|
| The party with the burden of proof shall file a statement of the claims or defenses it intends to prove at trial, stating specifically the legal theories upon which the claims or defenses are based | July 7, 2021 | April 5, 2022 |
| Any party who wishes to limit or preclude expert testimony at trial shall file any such objections | August 10, 2021 | May 17, 2022 |
| All parties shall file and serve their final witness and exhibit lists | October 10, 2021 | July 19, 2022 |

Because the amended case management deadlines will affect the trial date, the parties shall file a separate motion to continue the trial date.

So ORDERED.

Date: 5/24/2021

*Debra McVicker Lynch*
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution to all ECF-registered counsel of record.