**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**NEW ALBANY DIVISION**

| | |
|---|---|
| TYLER TECHNOLOGIES, INC., ) ) Plaintiff, ) ) v. ) ) LEXUR ENTERPRISES INC., ROBERT FRY, ) JIMMY DAVIS, JOE THORNSBERRY, ) AND JOHN DOES 1-100 ) ) Defendants. ) ) | Case No. 4:20-cv-00173-TWP-DML |

**JOINT MOTION TO CONTINUE**
**FINAL PRETRIAL CONFERENCE AND TRIAL DATE**

Plaintiff Tyler Technologies, Inc. and Defendants Lexur Enterprises Inc. and Robert Fry (together, the "Parties") jointly move the Court to continue the final pretrial conference currently scheduled for February 26, 2022, and the trial currently scheduled to begin on March 14, 2022, to dates on or after December 5, 2022.  In support of this Motion, the Parties state as follows:

1. The Parties conferred and submitted a Case Management Plan ("CMP") to the Court on September 24, 2020, which was approved as modified on October 1, 2020.  (DE #26, DE #35–36).

2. After approving the CMP as modified, the Court scheduled a final pretrial conference for February 16, 2022 at 10:00 a.m. and trial to begin on March 14, 2022 at 9:00 a.m. (DE #78).

3. On May 21, 2021, the Parties jointly moved to amend the CMP's deadlines.  (DE #89).

4. On May 24, 2021, the Court granted the Parties' joint motion to amend the CMP's

deadlines. (DE #90). In its Order, the Court directed the Parties as follows: "Because the amended case management deadlines will affect the trial date, the parties shall file a separate motion to continue the trial date." *Id.*

WHEREFORE, the Parties respectfully request that the Court grant this Motion, continue the final pretrial conference and trial date to dates on or after December 5, 2022, and grant any other relief deemed appropriate by the Court.

Respectfully submitted,

| | |
|---|---|
| */s/ Ann O. McCready* | */s/ Aaron Grant* |
| Jennifer J. Nagle (*pro hac vice*) | A. Richard M. Blaiklock |
| Michael R. Creta (*pro hac vice*) | Aaron D. Grant |
| K&L Gates LLP | John Carl Trimble |
| State Street Financial Center | Lewis Wagner, LLP |
| One Lincoln Street | 501 Indiana Avenue |
| Boston, MA 02111 | Suite 200 |
| Tel: 617-951-9059 | Indianapolis, IN 46202 |
| Fax: 617-261-3175 | Tel: 317-237-0500 |
| jennifer.nagle@klgates.com | Fax: 317-630-2790 |
| michael.creta@klgates.com | rblaiklock@lewiswagner.com |
| | agrant@lewiswagner.com |
| Ann O. McCready | jtrimble@lewiswagner.com |
| Vivek Randle Hadley | |
| Taft Stettinus & Hollister LLP | *Counsel for Lexur Enterprises Inc.* |
| One Indiana Square | |
| Suite 3500 | */s/ Doug Bates* |
| Indianapolis, IN 46204 | Douglas B. Bates |
| Tel: 317-713-3500 | Chelsea R. Stanley |
| Fax: 317-713-3699 | Stites & Harbison, PLLC |
| amccready@taftlaw.com | 323 East Court Avenue |
| vhadley@taftlaw.com | PO Box 946 |
| | Jeffersonville, IN 47130 |
| *Counsel for Plaintiff Tyler Technologies, Inc.* | Tel: 812-282-7566 |
| | Fax: 812-284-5519 |
| | dbates@stites.com |
| | cstanley@stites.com |
| | |
| | *Counsel for Robert Fry* |

DATED: June 10, 2021

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2021, a copy of the foregoing document titled ***Joint Motion to Continue Final Pretrial Conference and Trial Date*** was filed via CM/ECF and served on all counsel of record.

*/s/ Ann O'Connor McCready*