# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# NEW ALBANY DIVISION

| | |
|---|---|
| TYLER TECHNOLOGIES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:20-cv-00173-TWP-DML |
| ) | |
| LEXUR ENTERPRISES INC., ROBERT FRY, ) | |
| JIMMY DAVIS, JOE THORNSBERRY, ) | |
| AND JOHN DOES 1-100 ) | |
| ) | |
| Defendants. ) | |

## ORDER ON JOINT MOTION TO CONTINUE
## FINAL PRETRIAL CONFERENCE AND TRIAL DATE

Plaintiff Tyler Technologies, Inc. and Defendants Lexur Enterprises Inc. and Robert Fry (together, the "Parties") have jointly moved the Court to continue the final pretrial conference currently scheduled for February 26, 2022, and the trial currently scheduled to begin on March 14, 2022, to dates on or after December 5, 2022. The Court hereby GRANTS that joint motion.

The final pretrial conference in this matter shall be held _____.

The trial in this matter shall be held _____.

SO ORDERED on _____

_____

Service made electronically on all ECF-registered counsel of record via email generated by the court's ECF system.