UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| TYLER TECHNOLOGIES, INC., | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:20-cv-00173-TWP-DML |
| LEXUR ENTERPRISES INC., ROBERT FRY, JIMMY DAVIS, JOE THORNSBERRY, AND JOHN DOES 1-100 | ) |
| Defendants. | ) |

**ORDER ON JOINT MOTION TO CONTINUE**
**FINAL PRETRIAL CONFERENCE AND TRIAL DATE**

Plaintiff Tyler Technologies, Inc. and Defendants Lexur Enterprises Inc. and Robert Fry (together, the "Parties") have jointly moved the Court to continue the final pretrial conference currently scheduled for February 16, 2022, and the trial currently scheduled to begin on March 14, 2022, to dates on or after December 5, 2022. The Court hereby GRANTS that joint motion.

The final pretrial conference is **RESCHEDULED** to November 9, 2022 at 2:00 p.m. in Room 330, Birch Bayh Federal Building and U.S. Courthouse, Indianapolis, Indiana. The jury trial is **RESCHEDULED** to commence on December 5, 2022 at 9:00 a.m. in Room 200, Lee H. Hamilton Federal Building and U.S. Courthouse, New Albany, Indiana.

Date: 6/11/2021

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Service made electronically on all ECF-registered counsel of record via email generated by the court's ECF system.