# UNITED STATES DISTRICT COURT
## Southern District of Indiana

# NOTICE OF CHANGE OF ATTORNEY INFORMATION

TO: THE CLERK OF THE COURT AND ALL OTHER PARTIES

☐ I have **no pending cases** in the District Court for the Southern District of Indiana.

☑ I have **pending case(s)** in the District Court for the Southern District of Indiana.

Pending Case No(s).[1]
- 1:19-cv-01257-JRS-MPB
- 3:19-cv-141-JRS-MPB
- 4:20-cv-00173-TWP-DML
- 1:18-cv-03606-JPH-DLP

Pursuant to Local Rule 5-3, the undersigned counsel notifies the Clerk's Office of the following changes:

| | Previous Information: | Current Information: |
|---|---|---|
| **Name:** | | |
| **Law Firm, Company, and/or Agency:** | | |
| **Address:** | 501 Indiana Avenue, Suite 200<br>Indianapolis, IN 46202 | 1411 Roosevelt Avenue, Suite 102<br>Indianapolis, IN 46201<br><br>Effective 06/01/2021 |
| **Primary E-mail:** | | |
| **Secondary E-mail(s):** | | |
| **Telephone Number:** | | |
| **Facsimile:** | | |

Date: June 15, 2021          s/ A. Richard M. Blaiklock

---

[1] Identify each case in which you have filed a Notice of Appearance and the case is still pending. This Notice must be filed in each pending case.