# UNITED STATES DISTRICT COURT
Southern District of Indiana

# NOTICE OF CHANGE OF ATTORNEY INFORMATION

TO: THE CLERK OF THE COURT AND ALL OTHER PARTIES

☐ I have **no pending cases** in the District Court for the Southern District of Indiana.

✔ I have **pending case(s)** in the District Court for the Southern District of Indiana.

Pending Case No(s).[1]
)  1:18-cv-03606-JPH-DLP
)  4:20-cv-00173-TWP-DML
)
)
)
)
)

Pursuant to Local Rule 5-3, the undersigned counsel notifies the Clerk's Office of the following changes:

|  | *Previous Information:* | *Current Information:* |
|---|---|---|
| Name: |  |  |
| Law Firm, Company, and/or Agency: |  |  |
| Address: | 501 Indiana Avenue, Suite 200<br>Indianapolis, IN  46202 | 1411 Roosevelt Avenue, Suite 102<br>Indianapolis, IN  46201<br><br>Effective 06/01/2021 |
| Primary E-mail: |  |  |
| Secondary E-mail(s): |  |  |
| Telephone Number: |  |  |
| Facsimile: |  |  |

Date: June 15, 2021               s/ Aaron D. Grant

---

[1] Identify each case in which you have filed a Notice of Appearance and the case is still pending. This Notice must be filed in each pending case.