| | |
|---|---|
| From: | Shane Thornsberry |
| To: | shane.thornsberry@tylertech.com |
| Subject: | Fwd: |
| Date: | Wednesday, June 17, 2020 11:37:42 AM |
| Attachments: | Calendar.xlsx |
| | Rev 2 Termination Notice DRAFT.docx |

---------- Forwarded message ----------
From: **Jim Davis** <jdavisdsl@frontier.com>
Date: Tuesday, June 2, 2020
Subject:
To: Shane Thornsberry <shanethornsberry@gmail.com>

# 2020 JULY
CALENDAR YEAR — CALENDAR MONTH

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| 28 | 29 | 30 | 01 | 02 | 03 | 04 |
| 05 | 06 **Submit All Bids** Switzerland 5PM | 07 Dearborn 9AM Jackson 6PM | 08 | 09 Jefferson 5PM | 10 | 11 |
| 12 | 13 Ripley 8AM | 14 | 15 | 16 Floyd 4:30 PM | 17 **Send All Termination Notices** | 18 |
| 19 | 20 **All Activities Halted All Staff Resign** | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 31 | 01 |

Spanning bars:
- Counties advertise for support services (Wed 01 – Fri 03, light blue)
- Transition Staff To Lexur (Mon 20 – Fri 24, green)
- Resume Production Operations (Mon 27 – Fri 31, teal)

Legend:
- Counties 5 day advertising period
- Commissioner's meetings: Sign termination notifications & award new contract
- Terminations: Overnight Registered/Certified to Mark Hawkins, President, Appraisal & Tax Division, 5101 Tennyson Parkway, Plano, Texas 75024
- Resignations: All staff effectively immediately.

July 17, 2020

To: Mark Hawkins
President, Appraisal & Tax Division
Tyler Technologies, Inc.
5101 Tennyson Parkway
Plano, Texas, 75024


From: Shawna Bushhorn
Ripley County Assessor
102 West First North Street
Versailles, Indiana 47042


Be advised, you are hereby notified that Ripley County has, in accordance with provision 27 of the 2022 Ripley County Reassessment Contract, has determined that it is in the county's best interest to terminate said contract in whole.

Termination is final and effective thirty (30) days after receipt of this notification.

All activities currently underway are to cease immediately.


Shawna Bushhorn:_____   Date: _____
Ripley County Assessor