**assessor**

---

**From:** assessor
**Sent:** Thursday, July 9, 2020 2:13 PM
**To:** Jim Davis
**Subject:** RE: Final Termination Notice

Much better.

Thanks, hope today has been better for you.

Shawna

**From:** Jim Davis <jdavisdsl@frontier.com>
**Sent:** Thursday, July 9, 2020 10:48 AM
**To:** assessor <assessor@ripleycounty.com>
**Subject:** RE: Final Termination Notice

Hi Shawna.

How about this...

All activities currently underway are to cease immediately and a final bill for services performed prior to date of this notice is to be issued within 30 days.

**From:** assessor [mailto:assessor@ripleycounty.com]
**Sent:** Thursday, July 09, 2020 7:27 AM
**To:** Jim Davis
**Subject:** RE: Final Termination Notice

Good Morning Jim,

I have the date changed to the 13th on my saved file. Does the last line sound correct? It might just be me ☺

All activities currently underway are to cease immediately and a final bill for services performed prior to date of this notice. ??

Shawna

1

**assessor**

**From:** assessor
**Sent:** Thursday, July 9, 2020 7:27 AM
**To:** Jim Davis
**Subject:** RE: Final Termination Notice

Good Morning Jim,

I have the date changed to the 13th on my saved file. Does the last line sound correct? It might just be me ☺

All activities currently underway are to cease immediately and a final bill for services performed prior to date of this notice. ??

Shawna

**From:** Jim Davis <jdavisdsl@frontier.com>
**Sent:** Thursday, June 11, 2020 8:56 AM
**To:** assessor <assessor@ripleycounty.com>
**Subject:** Final Termination Notice

1