July 13, 2020

To: Mark Hawkins
President, Appraisal & Tax Division
Tyler Technologies, Inc.
5101 Tennyson Parkway
Plano, Texas, 75024

From: Shawna Bushhorn
Ripley County Assessor
102 West First North Street
Versailles, Indiana 47042

Please be advised, you are hereby notified that Ripley County Indiana has, in accordance with provision 27 of the 2022 Ripley County Reassessment Contract, has determined that it is in the county's best interest to terminate said contract in whole.

Please note termination is final and effective thirty (30) days after the date of this letter.

All activities currently underway are to cease immediately and a final bill for services performed prior to date of this notice is to be issued within 30 days.

Shawna Bushhorn: _[signature]_  Date: 7-13-20
Ripley County Assessor

Commissioner President: _[signature]_  Date: 7/13/2020