July 17, 2020

To: Mark Hawkins
President, Appraisal & Tax Division
Tyler Technologies, Inc.
5101 Tennyson Parkway
Plano, Texas, 75024

From Stacey Mathews
Switzerland County Assessor
212 W Main St
Vevay, Indiana 47220

Be advised, you are hereby notified that Switzerland County has, in accordance with provision 27 of the 2022 Switzerland County Reassessment Contract, has determined that it is in the county's best interest to terminate said contract in whole.

Termination is final and effective thirty (30) days after receipt of this notification.

All activities currently underway are to cease immediately.

Stacey Mathews: _Stacey Mathews_ Date: 7-7-20
Switzerland County Assessor

Commissioners

_____ Date: 7/8/20

_____ Date: 7/8/2020

_____ Date: 7/10/20