UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| TYLER TECHNOLOGIES, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LEXUR ENTERPRISES INC., ROBERT FRY, ) <br> AND DANIEL MUTHARD, ) <br> ) <br> Defendants. ) | Civil Action No.: <br> 4:20-cv-00173-TWP-DML |

**SUBMISSION OF PROOF OF SERVICE**

Plaintiff, by counsel, gives notice to the Court that Defendant Daniel Muthard was served with the Summons and Amended Complaint on **July 12, 2021**, via certified mail. Proof of Service is attached as Exhibit A.

          Respectfully submitted,

          */s/ Ann O'Connor McCready*
          Ann O'Connor McCready (Ind. Atty. No. 32836-53)
          amccready@taftlaw.com
          Vivek R. Hadley (Ind. Atty. No. 32620-53)
          vhadley@taftlaw.com
          TAFT STETTINIUS & HOLLISTER LLP
          One Indiana Square, Suite 3500
          Indianapolis, Indiana 46204
          Telephone: (317) 713-3500
          Fax: (317) 713-3699

          Jennifer J. Nagle (Mass. Bar No. 669325)
          (*pro hac vice* to be filed*)*
          jennifer.nagle@klgates.com
          Michael R. Creta (Mass. Bar No. 693340)
          (*pro hac vice* to be filed*)*
          michael.creta@klgates.com
          K&L GATES LLP

State Street Financial Center<br>
One Lincoln Street<br>
Boston, MA 02111<br>
Telephone: (617) 261-3100<br>
Fax: (617) 261-3175

*Counsel for Tyler Technologies, Inc.*

Dated: July 19, 2021

## CERTIFICATE OF SERVICE

I certify that on July 19, 2021, I electronically filed the foregoing using the CM/ECF system. Notice of this filing was sent via U.S. Mail, postage prepaid, to the following:

Daniel Muthard
914 Foxtail Circle
Tipp City, OH 45371

<i><u>/s/ Ann O'Connor McCready</u></i>