UNITED STATES POSTAL SERVICE

July 15, 2021

Dear WALZ GROUP:

The following is in response to your request for proof of delivery on your item with the tracking number: **9314 8699 0430 0084 2525 42**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | July 14, 2021, 12:27 p.m. |
| **Location:** | TIPP CITY, OH 45371 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| **Recipient Name:** | Daniel Muthard |

## Destination Delivery Address

| | |
|---|---|
| **Street Address:** | 914 FOXTAIL CIR |
| **City, State ZIP Code:** | TIPP CITY, OH 45371-2776 |

## Recipient Signature

Signature of Recipient: *[signature: Daniel Muthard]*

Address of Recipient: 914 FOXTAIL CIR TIPP CITY, OH 45371

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

---

Information in this section provided by Covius Document Services, LLC.

# Transaction Details

Recipient:
Daniel Muthard
914 Foxtail Circle
Tipp City, OH 45371

Sender:
Ann McCready
Taft Stettinius & Hollister LLP
One Indiana Square, Suite 3500
Indianapolis, IN 46204

| | |
|---|---|
| Transaction created by: | kdevalal |
| User ID: | 20266 |
| Firm Mailing Book ID: | None |
| Batch ID: | |

| | |
|---|---|
| Date Created: | 07/12/2021 7:33 AM |
| USPS Article Number: | 9314869904300084252542 |
| Return Receipt Article Number: | Not Applicable |
| Service Options: | Return Receipt - Electronic<br>Certified Mail |
| Mail Service: | Certified |
| Reference #: | |
| Postage: | $0.00 |
| Certified Mail Fees: | $5.35 |
| Status: | Delivered |

# Transaction History

| Event Description | Event Date | Details |
|---|---|---|
| USPS® Certified Mail | 07-12-2021 11:25 AM | [USPS] - PRESHIPMENT INFO SENT  USPS AWAITS ITEM at INDIANAPOLIS,IN |
| USPS® Certified Mail | 07-12-2021 11:26 PM | [USPS] - ORIGIN ACCEPTANCE at INDIANAPOLIS,IN |
| USPS® Certified Mail | 07-13-2021 12:41 AM | [USPS] - PROCESSED THROUGH USPS FACILITY at INDIANAPOLIS IN DISTRIBUTION CE |
| USPS® Certified Mail | 07-13-2021 11:40 AM | [USPS] - PROCESSED THROUGH USPS FACILITY at CINCINNATI OH DISTRIBUTION CENT |
| USPS® Certified Mail | 07-13-2021 08:46 PM | [USPS] - DEPART USPS FACILITY at CINCINNATI OH DISTRIBUTION CENT |
| USPS® Certified Mail | 07-13-2021 11:08 PM | [USPS] - PROCESSED THROUGH USPS FACILITY at DAYTON OH DISTRIBUTION CENTER |
| USPS® Certified Mail | 07-14-2021 07:48 AM | [USPS] - ARRIVAL AT UNIT at TIPP CITY,OH |
| USPS® Certified Mail | 07-14-2021 07:59 AM | [USPS] - OUT FOR DELIVERY at TIPP CITY,OH |
| USPS® Certified Mail | 07-14-2021 12:27 PM | [USPS] - CERTIFIED MAIL DELIVERED LEFT WITH INDIVIDUAL at TIPP CITY,OH |