UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| TYLER TECHNOLOGIES, INC., | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:20-cv-00173-TWP-DML |
| LEXUR ENTERPRISES INC., ROBERT FRY, AND DANIEL MUTHARD | ) |
| Defendants. | ) |

## DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT

Defendants Lexur Enterprises, Inc. ("Lexur"), Robert Fry and Daniel Muthard by counsel, pursuant to Federal Rule of Civil Procedure 6 and Local Rule 6-1, respectfully request that the Court grant them an additional ten (10) days to file a responsive pleading to Plaintiff's Amended Complaint. In support of this Motion, Defendants state:

1. On June 29, 2021, the Court issued its Order dismissing Tyler Technologies, Inc.'s ("Tyler") claims against Lexur and the other remaining Defendants without prejudice. The Court also gave Tyler fourteen days to file an amended complaint.

2. On July 9, 2021, Tyler filed its Amended Complaint.

3. The Amended Complaint named Mr. Muthard as a Defendant for the first time.

4. The Amended Complaint also shifted Tyler's primary theory of liability from its original antitrust claims to new claims for trade secret misappropriation under the Defend Trade Secrets Act (18. U.S.C. § 1836) and the Indiana Uniform Trade Secrets Act (Ind. Code § 24-2-3-2). Tyler has also asserted a new claim for conversion.

5. In light of the new party and the new claims, Defendants need additional time to prepare their response to the Amended Complaint.

6. Defendants' responsive pleading is currently due on July 23, 2021.

7. Defendants respectfully request a ten (10) day extension through and including August 2, 2021 to file their responsive pleading.

8. Defendants have reviewed the current Case Management Order and do not believe the requested extension will impact the Order or deadlines contained therein in a meaningful way.

9. Defendants have contacted Tyler's counsel regarding this Motion and Tyler's counsel has informed the undersigned that Tyler does not object to the relief sought.

WHEREFORE, Defendants Lexur Enterprises, Inc., Robert Fry, and Daniel Muthard, respectfully request that the Court enter an Order granting them an additional ten (10) days to file a pleading in response to Plaintiff's Amended Complaint and for all other just and proper relief.

Respectfully Submitted,

LEWIS WAGNER, LLP

/s/A. Richard M. Blaiklock
A. RICHARD M. BLAIKLOCK
AARON D. GRANT
LEWIS WAGNER, LLP
501 Indiana Avenue, Suite 200
Indianapolis, IN  46202
Phone:  (317) 237-0500
Fax:  (317) 630-2790
rblaiklock@lewiswagner.com
agrant@lewiswagner.com
*Attorneys for Lexur Enterprises, Inc.*

**LEWIS WAGNER, LLP**
501 Indiana Avenue, Suite 200
Indianapolis, IN 46202-6150
Phone:	317-237-0500
Fax:	317-630-2790
Email:	rblaiklock@lewiswagner.com

## CERTIFICATE OF SERVICE

      I hereby certify that on July 20, 2021, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

| | |
|---|---|
| Ann O. McCready<br>Vivek Randle Hadley<br>TAFT STETTINIUS &<br>HOLLISTER LLP<br>One Indiana Square<br>Suite 3500<br>Indianapolis, IN 46204<br>amccready@taftlaw.com<br>vhadley@taftlaw.com | Douglas B. Bates<br>Chelsea R. Stanley<br>STITES & HARBISON PLLC 323<br>East Court Avenue<br>Jeffersonville, IN 47130<br>dbates@stites.com cstanley@stites.com |
| Jennifer J. Nagle<br>Michael R. Creta<br>K&L GATES LLP<br>State Street Financial Center<br>One Lincoln Street<br>Boston, MA 02111<br>jennifer.nagle@klgates.com<br>michael.creta@klgates.com | R. Jeffrey Lowe<br>KIGHTLINGER & GRAY, LLP<br>Bonterra Building, Suite 200<br>3620 Blackiston Boulevard<br>New Albany, IN 47150<br>jlowe@k-glaw.com |
| John H. Haskin<br>Samuel Mark Adams<br>JOHN H. HASKIN &<br>ASSOCIATES, LLC<br>255 North Alabama<br>Second Floor<br>Indianapolis, IN 46204<br>jhaskin@jhaskinlaw.com<br>sadams@jhaskinlaw.com | |

                                          /s/A. Richard M. Blaiklock<br>                                        A. RICHARD M. BLAIKLOCK

**LEWIS WAGNER, LLP**
501 Indiana Avenue, Suite 200
Indianapolis, IN 46202-6150
Phone:   317-237-0500
Fax:       317-630-2790
rblaiklock@lewiswagner.com