UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| TYLER TECHNOLOGIES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:20-cv-00173-TWP-DML |
| ) | |
| LEXUR ENTERPRISES INC., ROBERT FRY, ) | |
| AND DANIEL MUTHARD ) | |
| ) | |
| Defendants. ) | |

## ORDER

Defendants Lexur Enterprises, Inc., Robert Fry and Daniel Muthard ("Defendants"), by counsel, having filed their Motion for Extension of Time to Respond to Amended Complaint ("Motion");

And the Court, being duly advised in the premises, now GRANTS said Motion:

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that Defendants are hereby granted a 10-day extension of time within which to respond to Plaintiff's Amended Complaint, to and including **August 2, 2021**.

So Ordered.

Date: 7/22/2021

*Debra McVicker Lynch*
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system.