UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| TYLER TECHNOLOGIES, INC.,<br><br>　　　　PLAINTIFF,<br><br>v.<br><br>LEXUR ENTERPRISES INC., ROBERT FRY, and DANIEL MUTHARD,<br><br>　　　　DEFENDANTS. | CAUSE NO. 4:20-CV-00173-TWP-DML |

**APPEARANCE OF COUNSEL**

Douglas B. Bates, of the law firm Stites & Harbison PLLC, hereby enters his appearance on behalf of Daniel Muthard.

　　　　　　　　　　　　　　　　　　*Douglas B. Bates*
　　　　　　　　　　　　　　　　　　Douglas B. Bates, Bar No. 16355-10
　　　　　　　　　　　　　　　　　　Chelsea R. Stanley, Bar No. 32770-22
　　　　　　　　　　　　　　　　　　STITES & HARBISON PLLC
　　　　　　　　　　　　　　　　　　323 East Court Avenue
　　　　　　　　　　　　　　　　　　Jeffersonville, IN  47130
　　　　　　　　　　　　　　　　　　Telephone:  (812) 282-7566
　　　　　　　　　　　　　　　　　　Email:  dbates@stites.com
　　　　　　　　　　　　　　　　　　　　　　　cstanley@stites.com

　　　　　　　　　　　　　　　　　　COUNSEL FOR ROBERT FRY AND DANIEL MUTHARD

211128