UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| TYLER TECHNOLOGIES, INC., <br><br> PLAINTIFF, <br><br> v. <br><br> LEXUR ENTERPRISES INC., ROBERT FRY, and DANIEL MUTHARD <br><br> DEFENDANTS. | CAUSE NO. 4:20-CV-00173-TWP-DML |

## DEFENDANTS ROBERT FRY AND DANIEL MUTHARD'S MOTION FOR MORE DEFINITE STATEMENT TO ASSESS THE COURT'S JURISDICTION OVER PLAINTIFF'S CLAIMS

Defendants Robert Fry ("Fry") and Daniel Muthard ("Muthard") move this Court pursuant to Federal Rule Civil Procedure 12(e) for the entry of an order requiring Plaintiff to identify both the specific trade secrets allegedly misappropriated by each defendant, the nexus between those trade secrets and interstate commerce, and the amount of Plaintiff's damages. In support of their motion for a more definite statement, Fry and Muthard have submitted an accompanying brief.

*Douglas B. Bates*
Douglas B. Bates, Bar No. 16355-10
Chelsea R. Stanley, Bar No. 32770-22
STITES & HARBISON PLLC
323 East Court Avenue
Jeffersonville, IN  47130
Telephone:  (812) 282-7566
Email:  dbates@stites.com
Email:  cstanley@stites.com
*COUNSEL FOR ROBERT FRY AND DANIEL MUTHARD*

211125