UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| TYLER TECHNOLOGIES, INC.,<br><br>    PLAINTIFF,<br><br>v.<br><br>LEXUR ENTERPRISES INC., ROBERT FRY, and DANIEL MUTHARD,<br><br>    DEFENDANTS. | CAUSE NO. 4:20-CV-00173-TWP-DML |

**APPEARANCE OF COUNSEL**

Chelsea R. Stanley, of the law firm Stites & Harbison PLLC, hereby enters her appearance on behalf of Daniel Muthard.

*Chelsea R. Stanley*
Douglas B. Bates, Bar No. 16355-10
Chelsea R. Stanley, Bar No. 32770-22
STITES & HARBISON PLLC
323 East Court Avenue
Jeffersonville, IN  47130
Telephone:  (812) 282-7566
Email:  dbates@stites.com
          cstanley@stites.com

COUNSEL FOR ROBERT FRY AND
DANIEL MUTHARD

211127