**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**NEW ALBANY DIVISION**

| | |
|---|---|
| TYLER TECHNOLOGIES, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) Case No. 20-cv-00173-TWP-DML <br> LEXUR ENTERPRISES INC., ROBERT FRY, ) <br> AND DANIEL MUTHARD, ) <br> ) <br> Defendants. ) | |

**JOINT MOTION TO EXTEND TYLER TECHNOLOGIES, INC.'S DEADLINE TO RESPOND TO DEFENDANTS' MOTIONS FOR MORE DEFINITE STATEMENT**

Plaintiff Tyler Technologies, Inc. ("Tyler") and Defendants Lexur Enterprises Inc. ("Lexur"), Robert Fry, and Daniel Muthard (collectively, the "Defendants") jointly move the Court to extend Tyler's deadline to respond to (1) Lexur's Motion for More Definite Statement to Assess the Court's Jurisdiction over Plaintiff's Claims (DE #101) and (2) Mr. Fry and Mr. Muthard's Motion for More Definite Statement to Assess the Court's Jurisdiction Over Plaintiff's Claims (DE #103–104) (collectively, the "Motions for More Definite Statement"). In support of this joint motion, the Parties state as follows:

1. Defendants filed the Motions for More Definite Statement on August 2, 2021.

2. The current deadline for Tyler to respond to the Motions for More Definite Statement is August 23, 2021.

3. The Parties jointly request the deadline for Tyler to respond to the Motions for More Definite Statement be extended by three weeks to September 13, 2021.

4. There is good cause for this joint motion. The additional time is required to prepare a response to the Motions for More Definite Statement, and to allow time for the Parties to continue

discussions concerning a potential settlement of this matter before any response is filed.

5. This is the first request to extend the deadline for Tyler to respond to the Motions for More Definite Statement.  No Party will be prejudiced by the requested extension, this request is not made for the purpose of delay or any other improper purpose, and the cause of justice will be served.

WHEREFORE, the Parties respectfully request that the Court grant this joint motion, extend Tyler's deadline to respond to the Motions for More Definite Statement by three weeks to September 13, 2021, and grant any other relief deemed appropriate by the Court.

Respectfully submitted,

| | |
|---|---|
| *Vivek R. Hadley* | *A. Richard M. Blaiklock* |
| Jennifer J. Nagle (*pro hac vice*) | A. Richard M. Blaiklock |
| Michael R. Creta (*pro hac vice*) | Aaron D. Grant |
| K&L Gates LLP | John Carl Trimble |
| State Street Financial Center | Lewis Wagner, LLP |
| One Lincoln Street | 1411 Roosevelt Avenue |
| Boston, MA 02111 | Suite 102 |
| Tel: 617-261-3100 | Indianapolis, IN 46201 |
| Fax: 617-261-3175 | Tel: 317-237-0500 |
| jennifer.nagle@klgates.com | Fax: 317-630-2790 |
| michael.creta@klgates.com | rblaiklock@lewiswagner.com |
| | agrant@lewiswagner.com |
| Ann O'Connor McCready | jtrimble@lewiswagner.com |
| Vivek R. Hadley | |
| Taft Stettinius & Hollister LLP | *Counsel for Lexur Enterprises Inc.* |
| One Indiana Square | |
| Suite 3500 | *Douglas B. Bates* |
| Indianapolis, IN 46204 | Douglas B. Bates |
| Tel: 317-713-3500 | Chelsea R. Stanley |
| Fax: 317-713-3699 | Stites & Harbison, PLLC |
| amccready@taftlaw.com | 323 East Court Avenue |
| vhadley@taftlaw.com | Jeffersonville, IN 47130 |
| | Tel: 812-282-7566 |
| *Counsel for Plaintiff Tyler Technologies, Inc.* | Fax: 812-284-5519 |
| | dbates@stites.com |
| | cstanley@stites.com |
| | |
| | *Counsel for Robert Fry and Daniel Muthard* |

DATED: August 17, 2021

## CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2021, a copy of the foregoing document titled *Joint Motion to Extend Tyler Technologies, Inc.'s Deadline to Respond to Defendants' Motions for More Definite Statement* was filed via CM/ECF and served on all counsel of record.

*/s/ Vivek R. Hadley*

70864377v1