UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| TYLER TECHNOLOGIES, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LEXUR ENTERPRISES INC., ROBERT FRY, ) <br> AND DANIEL MUTHARD, ) <br> ) <br> Defendants. ) <br> ) | Case No. 20-cv-00173-TWP-DML |

**ORDER GRANTING JOINT MOTION TO EXTEND DEADLINE TO RESPOND TO MOTIONS FOR MORE DEFINITE STATEMENT**

Plaintiff Tyler Technologies, and Defendants Lexur Enterprises Inc., Robert Fry, and Daniel Muthard have moved the Court to extend Tyler's deadline to respond to (1) Lexur's Motion for More Definite Statement to Assess the Court's Jurisdiction over Plaintiff's Claims (DE #101) and (2) Mr. Fry and Mr. Muthard's Motion for More Definite Statement to Assess the Court's Jurisdiction Over Plaintiff's Claims (DE #103–104) (collectively, the "Motions for More Definite Statement"). Being duly advised, the Court hereby GRANTS the motion. Plaintiff shall file its response(s) to the Motions for More Definite Statement by September 13, 2021.

_____
Judge, Southern District of Indiana

Distribution to all ECF-registered counsel of record.

70864380v1