**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**NEW ALBANY DIVISION**

| | |
|---|---|
| TYLER TECHNOLOGIES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No. 4:20-cv-00173-TWP-DML |
| LEXUR ENTERPRISES INC., ROBERT FRY, ) | |
| AND DANIEL MUTHARD, ) | |
| ) | |
| Defendants. ) | |

**ORDER GRANTING JOINT MOTION TO EXTEND DEADLINE TO RESPOND TO MOTIONS FOR MORE DEFINITE STATEMENT**

Plaintiff Tyler Technologies, and Defendants Lexur Enterprises Inc., Robert Fry, and Daniel Muthard have moved the Court to extend Tyler's deadline to respond to (1) Lexur's Motion for More Definite Statement to Assess the Court's Jurisdiction over Plaintiff's Claims (DE #101) and (2) Mr. Fry and Mr. Muthard's Motion for More Definite Statement to Assess the Court's Jurisdiction Over Plaintiff's Claims (DE #103–104) (collectively, the "Motions for More Definite Statement"). Being duly advised, the Court hereby GRANTS the motion. Plaintiff shall file its response(s) to the Motions for More Definite Statement by September 13, 2021.

Date: 8/18/2021

                                              Hon. Tanya Walton Pratt, Chief Judge
                                              United States District Court
                                              Southern District of Indiana

Distribution to all ECF-registered counsel of record.