UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| TYLER TECHNOLOGIES, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LEXUR ENTERPRISES INC., ROBERT FRY, )<br>JIMMY DAVIS, JOE THORNSBERRY, )<br>AND JOHN DOES 1-100 )<br>)<br>Defendants. )<br>) | Case No. 4:20-cv-00173-TWP-DML |

**JOINT NOTICE OF SETTLEMENT**
**AS TO ALL REMAINING DEFENDANTS**

Plaintiff Tyler Technologies, Inc. ("Tyler"), hereby submits this Notice that Tyler and Defendants Lexur Enterprises Inc., Robert Fry, and Daniel Muthard ("Defendants") have reached a settlement, subject to agreement on the final settlement documents. A joint motion to dismiss this case with prejudice is expected to be filed with this Court within thirty (30) days of this Notice, which will fully resolve this matter. Tyler and the Defendants respectfully request that this Court vacate any and all deadlines pending in this case, including Tyler's deadline to oppose Defendants' Motions to Show Cause, which is currently set for Monday, September 13, 2021.

A form order is provided with this Notice.

Respectfully submitted,

/s/ *Ann O. McCready*  
Jennifer J. Nagle (*pro hac vice*)  
Michael R. Creta (*pro hac vice*)  
K&L Gates LLP  
State Street Financial Center  
One Lincoln Street  
Boston, MA 02111  
Tel: 617-951-9059  
Fax: 617-261-3175  
jennifer.nagle@klgates.com  
michael.creta@klgates.com  

Ann O. McCready  
Vivek Randle Hadley  
Taft Stettinus & Hollister LLP  
One Indiana Square  
Suite 3500  
Indianapolis, IN 46204  
Tel: 317-713-3500  
Fax: 317-713-3699  
amccready@taftlaw.com  
vhadley@taftlaw.com  

*Counsel for Plaintiff Tyler Technologies, Inc.*

/s/ *Aaron Grant*  
A. Richard M. Blaiklock  
Aaron D. Grant  
John Carl Trimble  
Lewis Wagner, LLP  
501 Indiana Avenue  
Suite 200  
Indianapolis, IN 46202  
Tel: 317-237-0500  
Fax: 317-630-2790  
rblaiklock@lewiswagner.com  
agrant@lewiswagner.com  
jtrimble@lewiswagner.com  

*Counsel for Lexur Enterprises Inc.*

/s/ *Doug Bates*  
Douglas B. Bates  
Chelsea R. Stanley  
Stites & Harbison, PLLC  
323 East Court Avenue  
PO Box 946  
Jeffersonville, IN 47130  
Tel: 812-282-7566  
Fax: 812-284-5519  
dbates@stites.com  
cstanley@stites.com  

*Counsel for Robert Fry and Daniel Muthard*

DATED: September 13, 2021

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2021, a copy of the foregoing was filed via CM/ECF and served on all counsel of record.

      /s/ Ann O'Connor McCready
Ann O'Connor McCready (Ind. Atty. No. 32836-53)