## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## NEW ALBANY DIVISION

| | |
|---|---|
| TYLER TECHNOLOGIES, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LEXUR ENTERPRISES INC., ROBERT FRY, )<br>JIMMY DAVIS, JOE THORNSBERRY, )<br>AND JOHN DOES 1-100 )<br>)<br>Defendants. )<br>) | Case No. 4:20-cv-00173-TWP-DML |

## ORDER ON NOTICE OF SETTLEMENT
## AS TO ALL REMAINING DEFENDANTS

Plaintiff Tyler Technologies, Inc. and defendants Lexur Enterprises, Inc., Robert Fry, and Daniel Muthard have submitted Notice that they have reached a settlement, subject to agreement on the final settlement documents. Pursuant to that Notice, the Court ORDERS that any and all deadlines pending in this case, are vacated.

SO ORDERED.

Date: _____          _____

Distribution to counsel of record via CM/ECF

71037161v1