UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| TYLER TECHNOLOGIES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:20-cv-00173-TWP-DML |
| ) | |
| LEXUR ENTERPRISES INC., ROBERT FRY, ) | |
| JIMMY DAVIS, JOE THORNSBERRY, ) | |
| AND JOHN DOES 1-100 ) | |
| ) | |
| Defendants. ) | |

**ORDER ON NOTICE OF SETTLEMENT
AS TO ALL REMAINING DEFENDANTS**

Plaintiff Tyler Technologies, Inc. and defendants Lexur Enterprises, Inc., Robert Fry, and Daniel Muthard have submitted Notice that they have reached a settlement, subject to agreement on the final settlement documents. Pursuant to that Notice, the Court ORDERS that any and all deadlines pending in this case, are vacated. Settlement documents are due no later than October 14, 2021.

SO ORDERED.

Date: 9/14/2021

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution to counsel of record via CM/ECF

71037161v1