# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# NEW ALBANY DIVISION

| | |
|---|---|
| TYLER TECHNOLOGIES, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LEXUR ENTERPRISES INC., ROBERT FRY, )<br>AND DANIEL MUTHARD )<br>Defendants. )<br>) | Case No. 4:20-cv-00173-TWP-DML |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiff Tyler Technologies, Inc. ("Tyler"), and defendants Lexur Enterprises, Inc., Robert Fry, and Daniel Muthard ("Defendants") stipulate and agree to the dismissal with prejudice of the above action, with each party agreeing to bear its own costs and expenses, including attorneys' fees.

*Consent of the undersigned for electronic signature was obtained via email on September  16 , 2021*

Respectfully submitted,

| | |
|---|---|
| */s/ Ann O. McCready* | */s/Aaron D. Grant* |
| Jennifer J. Nagle (*pro hac vice*) | A. Richard M. Blaiklock |
| Michael R. Creta (*pro hac vice*) | Aaron D. Grant |
| K&L Gates LLP | John Carl Trimble |
| State Street Financial Center | Lewis Wagner, LLP |
| One Lincoln Street | 501 Indiana Avenue |
| Boston, MA 02111 | Suite 200 |
| Tel: 617-951-9059 | Indianapolis, IN 46202 |
| Fax: 617-261-3175 | Tel: 317-237-0500 |
| jennifer.nagle@klgates.com | Fax: 317-630-2790 |
| michael.creta@klgates.com | rblaiklock@lewiswagner.com |
| | agrant@lewiswagner.com |
| Ann O. McCready | jtrimble@lewiswagner.com |
| Vivek Randle Hadley | |
| Taft Stettinus & Hollister LLP | *Counsel for Lexur Enterprises Inc.* |
| One Indiana Square | |
| Suite 3500 | */s/ Douglas B. Bates* |
| Indianapolis, IN 46204 | Douglas B. Bates |
| Tel: 317-713-3500 | Chelsea R. Stanley |
| Fax: 317-713-3699 | Stites & Harbison, PLLC |
| amccready@taftlaw.com | 323 East Court Avenue |
| vhadley@taftlaw.com | PO Box 946 |
| | Jeffersonville, IN 47130 |
| *Counsel for Plaintiff Tyler Technologies, Inc.* | Tel: 812-282-7566 |
| | Fax: 812-284-5519 |
| | dbates@stites.com |
| | cstanley@stites.com |
| | |
| | *Counsel for Robert Fry and Daniel Muthard* |

## CERTIFICATE OF SERVICE

I hereby certify that on September  16 , 2021, a copy of the foregoing was filed via CM/ECF and served on all counsel of record.

 /s/ Ann O'Connor McCready
Ann O'Connor McCready (Ind. Atty. No. 32836-53)

71102536v1